IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Circle Z Pressure Pumping, LLC | § | CASE NO. 16-60633 |
| | § | |
| Debtor(s) | § | Chapter  11 |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

Now comes PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP and files this its appearance as counsel of record for PANOLA COUNTY and does state that it is authorized by contract with the claimant to make this appearance its behalf. Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, Rules 2002 and 9010(b) of the Bankruptcy Rules, and relevant local rules, the claimant respectfully requests that all notices, pleadings, proposed orders, and confirmed copies of orders given or required to be given in these proceedings be directed to counsel at the following address:

> Panola County
> c/o Tab Beall
> Perdue, Brandon, Fielder, Collins & Mott, LLP
> PO Box 2007
> Tyler, TX  75710-2007
> tbeall@pbfcm.com          &          tylbkc@pbfcm.com

Physical Address:          305 S Broadway Ave Suite 200
                                         Tyler, TX  75702

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and

Circle Z Press Pump NOA 16-60633                                                                                                                 1

briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP**
Attorneys for Claimant

By: /s/ Tab Beall
    TAB BEALL
    SBN: 01954000
    PO Box 2007
    Tyler, TX  75710-2007
    (903) 597-7664
    (903) 597-6298 FAX

*CERTIFICATE OF SERVICE*

I do hereby certify that a true and correct copy of the foregoing has been sent to the parties listed below by the method indicated on this the 12th day of October, 2016.

By: /s/ Tab Beall
    TAB BEALL
    SBN: 01954000

BY FIRST-CLASS MAIL
Debtor/s:  Circle Z Pressure Pumping, LLC, PO Box 5513, Longview, TX  75608

BY ELECTRONIC SERVICE
Attorney for Debtor/s:  Michael E. Gazette, 100 E Ferguson St Ste 1000, Tyler, TX  75702
US Trustee:  Office of the US Trustee, 110 N College Ave Ste 300, Tyler, TX 75702