# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **CIRCLE Z PRESSURE PLUMBING, LLC,** | § | Case No. 16-60633 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND COPIES

Please take notice that the undersigned counsel for **Energy Products, LLC d/b/a Energy Products, Inc.**, creditor in the above-styled and numbered cause ("Creditor"), hereby files this Notice of Appearance pursuant to 11 U.S.C. §§342(a) and Federal Rules of Civil Procedure 2002 and 9010, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the address and telephone number set forth below:

John T. Richer, Esq.
**Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: jricher@hallestill.com

Creditor additionally requests that the Debtor and the Clerk of the United States Bankruptcy Court place the above name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Please take further notice that Creditor intends that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) any right to trial by jury in any proceeding; (ii) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in

1

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 13th day of October, 2016.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By:  /s/ John T. Richer
John T. Richer, Texas Bar No. 24068531
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone:  (918) 594-0400
Facsimile:   (918) 594-0505
Email: jricher@hallestill.com

**ATTORNEYS FOR ENERGY PRODUCTS, LLC d/b/a ENERGY PRODUCTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 13th day of October, 2016.

s/ John T. Richer
John T. Richer

2860205.1:320890:02325