**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  16-60633 |
| CIRCLE Z PRESSURE PUMPING, LLC | § | |
| DEBTORS(S), | § | CHAPTER  11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**GREGG COUNTY**          **RUSK COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>14th</u> day of <u>October, 2016</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MICHAEL E. GAZETTE          TYLER TX TRUSTEE
100 EAST FERGUSON STREET    110 N. COLLEGE AVE.
TYLER, TX 75702             SUITE 300
                            TYLER, TX 75702

                            LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
                            2777 N. Stemmons Freeway
                            Suite 1000
                            DALLAS, TX 75207
                            Telephone:  (214) 880-0089
                            Facsimile:   (469) 221-5003
                            Email:       dallas.bankruptcy@publicans.com

                            By: /s/ Laurie Spindler Huffman
                            _____
                            Laurie Spindler Huffman
                            SBN: 24028720 TX