United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas  75702
(903) 590-1450

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| Circle Z Pressure Pumping, LLC | § | |
| P. O. Box 5513 | § | |
| Longview, TX 75608 | § | Case No. 16-60633 |
| | § | |
| | § | |
| | § | Chapter 11 |
| | § | |
| Debtor | § | |
| | § | |

### APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

Comes Now the United States Trustee and, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Peter Fruge –Interim Chairman
JFP Services, LLC
P.O.Box 81162
Lafayette, La. 70598
(337) 234-5558
pfruge@taylors-international.com

Glenn Ellis
Clear River America Industries, Inc.
12818 Murphy Rd
Stafford, TX 77477
(281) 460-8140
Info@Clearriveramerica.com

Dated:  October 27, 2016                                    Respectfully submitted,

                                              William T. Neary
                                              United States Trustee

                                              /s/ John Vardeman
                                              Trial Attorney
                                              Texas Bar 20496260
                                              300 Plaza Tower
                                              110 N. College
                                              Tyler, Texas   75702
                                              (903) 590-1450 Ext. 218

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than the 28th day of October, 2016.

                                              /s/ John Vardeman

**DEBTOR**
Circle Z Pressure Pumping, LLC
P. O. Box 5513
Longview, TX 75608

**DEBTOR'S COUNSEL**
Michael E. Gazette
100 East Ferguson Street
Ste. 1000
Tyler, TX 75702

**COMMITTEE**
Peter Fruge
JFP Services, LLC
P.O.Box 81162
Lafayette, La. 70598

Glenn Ellis
Clear River America Industries, Inc.
12818 Murphy Rd
Stafford, TX 77477

**NOTICE OF APPREARANCE**
Panola County
c/o Tab Beall
Perdue, Brandon, Fielder, Collins & Mott, LLP
P O Box 2007
Tyler, TX 75710-2007

John Richer
Halll, Estill, Hardwick, Gable, Golden & Nelson PC
320 South Boston Ave
Suite 200
Tulsa, Oklahoma 74103-3706

Linebarger Goggan Blair & Sampson LLP
2777 N Stemmons Freeway
Suite 1000
Dallas, TX 75207

Jason Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Joshua Seary
Searcy & Searcy, PC
P O Box 3929
Longview, TX 75606

Heather Jobe
Bell Nunnally & Martin LLP
3232 McKinney Ave
Suite 1400
Dallas, TX 75204

**20 Largest Creditors**
Attached