Jason R. Searcy
SBN 17953500
Joshua P. Searcy
SBN 24053468
Callan Clark Searcy
SBN 24075523
SEARCY & SEARCY, P.C.
P. O. Box 3929
Longview, Texas 75606
Tel. 903/757-3399
Fax. 903/757-9559

Counsel for Sierra Frac Sand, LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Circle Z Pressure Pumping, LLC** | § | **CASE NO. 16-60633** |
| P.O. Box 5513 | § | |
| Longview, TX 75608 | § | |
| PANOLA-TX | § | |
| Tax ID / EIN: 27-0174784 | § | |
| | § | |
| DEBTOR. | § | **CHAPTER 11** |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

**TO ALL INTERESTED PARTIES:**

       **COMES NOW, JOSHUA P. SEARCY of SEARCY & SEARCY, P.C.,** and files this

its Notice of Appearance and Request for Service of Notices as counsel for

*Sierra Frac Sand, LLC*

pre-petition creditor in the above-referenced matter, and pursuant to Bankruptcy Rules 2002,

3017, 9010 and 2017, respectfully requests that all notices given or required to be given in these

proceedings and all papers served or required to be served in these proceedings be served at:

        Joshua P. Searcy
        Searcy & Searcy, P.C.
        P. O. Box 3929
        Longview, Texas 75606

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Movant requests that it be provided with a copy of all schedules, statements of financial affairs, any plan and disclosure statement, Motion for Confirmation, or Motion for Discharge filed herein.

        Respectfully submitted,

        *SEARCY & SEARCY, P.C.*

        /s/ Joshua P. Searcy
        JASON R. SEARCY
        State Bar No. 17953500
        Email: jsearcy@jrsearcylaw.com
        JOSHUA P. SEARCY
        State Bar No. 24053468
        Email: joshsearcy@jrsearcylaw.com
        CALLAN CLARK SEARCY
        State Bar No. 24075523
        Email: ccsearcy@jrsearcylaw.com
        P. O. Box 3929
        Longview, TX  75606
        903/757-3399 PHONE
        903/757-9559 FAX

        ATTORNEYS FOR *SIERRA FRAC SAND, LLC*

## CERTIFICATE OF SERVICE
[*(if applicable)* * NOT ON COURT'S MAILING LIST, MAIL IN SEPARATE ENVELOPE]

I HEREBY CERTIFY that the foregoing document shall be served via electronic means to all persons requesting electronic notice in this proceeding under the ECF filing system, if made available; or, otherwise by regular, first-class U.S. mail, postage prepaid, to the interested party(ies) as shown below by this law firm; and/or by and through the undersigned's servicing agent: BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider as authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4) to:

- Circle Z Pressure Pumping, LLC, P.O. Box 5513, Longview, TX 75608-5513; and
- Michael E. Gazette, Attorney for Debtor, 100 East Ferguson Street, Ste. 1000, Tyler, TX 75702-5706; and/or
- U.S. Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231; and
- John M. Vardeman, UST Office, 110 N. College St., Suite 300, Tyler, TX 75702-7231; and
- Sierra Frac Sand, LLC, 1155 E. Johnson Street, Tatum, TX 75691-1908; and
- to all the interested persons listed on the attached service list

on or before October 31, 2016.

/s/ Joshua P. Searcy
JOSHUA P. SEARCY