**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Circle Z Pressure Pumping, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (If known) | 16-60633 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>See Attachment 1<br>Dallas, Texas 75242 | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $375.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>State of Texas<br>See Attachment 2<br>Austin, TX 78711-3528 | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $777,629.30 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Sales Tax | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor    Circle Z Pressure Pumping, LLC
_____
Name

Case number *(if known)*  16-60633
_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

A & R Enterprises Inc.

P.O. Box 2000

Kilgore, TX 75663

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,154.69

**3.2** Nonpriority creditor's name and mailing address

Allstar Fuel

P. O. Box 100

Plainview, TX 79073-0100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 71,251.45

**3.3** Nonpriority creditor's name and mailing address

Allstate Benefits

American Heritage Life Insurance Company P. O. Box 650514

Dallas, TX 75265-0514

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,887.22

**3.4** Nonpriority creditor's name and mailing address

American Communications Answering Service, LLC

1397 FM 1252 East

Kilgore, TX 75662

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 652.53

**3.5** Nonpriority creditor's name and mailing address

American Express

P. O. Box 650448

Dallas, TX 75265-0448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 53,731.38

**3.6** Nonpriority creditor's name and mailing address

Amerifrac LLC

19830 Lantern Village Lane

Katy, TX 77450

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,500.00

Debtor   **Circle Z Pressure Pumping, LLC**
_____Name_____

Case number (*if known*) 16-60633

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

APPCO-NOV

442 North W. W. White Road
San Antonio, TX 78219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 8,962.03

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Applied Energy Company

1205 Venture Court Suite 100
Carrollton, TX 75006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 2,300.30

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Aramark

AUS Central Lockbox P. O. Box 731676
Dallas, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 4,220.55

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Automotive Super Center

48 North Eastman Raod
Longview, TX 75601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 1,899.23

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Basic Energy Services

5209 Estes Parkway
Longview, TX 75603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 375.00

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor ___Circle Z Pressure Pumping, LLC_____   Case number (if known) __16-60633_____
       Name

**Part 2:**   **Additional Page**

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                Amount of claim

**3.12** Nonpriority creditor's name and mailing address

Berkley Insurance Company

P O Box 204847

Dallas, TX 75320-4847

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: __Insurance Premium__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 30,582.00

---

**3.13** Nonpriority creditor's name and mailing address

Burl's Collision Center, Inc.

1207 North Frisco Street

Henderson, TX 75652

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 5,808.21

---

**3.14** Nonpriority creditor's name and mailing address

Burrows R&H Machine

P. O. Box 8606

Longview, TX 75607

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 3,343.75

---

**3.15** Nonpriority creditor's name and mailing address

C. Liles Trucking Co., Inc.

P. O. Box 407

Tatum, TX 75691-0407

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 3,500.00

---

**3.16** Nonpriority creditor's name and mailing address

Certified Laboratories

P. O. Box 971269

Dallas, TX 75397-1269

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 59,305.08

---

Debtor   <u>Circle Z Pressure Pumping, LLC</u>
Name

Case number (if known) <u>16-60633</u>

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

Chemplex Solvay Group

P. O. Box 733133
Dallas, TX 75373-3133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: <u>Trade Debt</u>

$299.32

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Chemtex Industrial Inc.

P. O. Box 6964
Longview, TX 75608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Trade Debt</u>

$1,339.60

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

CIGNA Insurance

1640 Dallas Parkway
Plano, TX 75093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Insurance Premiums</u>

$38,573.13

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Clear River America

12818 Murphy Road
Missouri City, TX 77477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Trade Debt</u>

$587,338.09

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Community Bank

700 West Main Street
Hallsville, TX 75650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Bank Loan</u>

$6,509.28

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Circle Z Pressure Pumping, LLC
_____
Name

Case number (if known) 16-60633

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.22** Nonpriority creditor's name and mailing address

Completion Trailers

2000 FM Road 3135 E
Henderson, tX 75652

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,208.00

---

**3.23** Nonpriority creditor's name and mailing address

Cummins Southern Plains

P. O. Box 910509
Dallas, TX 75391-0509

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 36,377.20

---

**3.24** Nonpriority creditor's name and mailing address

D & C Cleaning Inc.

2175 State Highway 149
Carthage, TX 75633

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,646.89

---

**3.25** Nonpriority creditor's name and mailing address

David Chad Powell

P. O. Box 5513
Longview, TX 75608

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan to company

Is the claim subject to offset?
☒ No
☐ Yes

$ 390,000.00

---

**3.26** Nonpriority creditor's name and mailing address

David Gene Powell

P. O. Box 5513
Longview, TX 75608

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans to company

Is the claim subject to offset?
☒ No
☐ Yes

$ 610,000.00

---

Debtor   Circle Z Pressure Pumping, LLC _____        Case number (if known) 16-60633 _____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

**3.27** Nonpriority creditor's name and mailing address

DFW Communications Inc.

P O Box 226467

Dallas, TX 75222-6467

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,479.56

---

**3.28** Nonpriority creditor's name and mailing address

DFW Heavy Duty Parts

728 111th Street

Arlington, TX 76011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 36,318.64

---

**3.29** Nonpriority creditor's name and mailing address

DISA, Inc.

Department 890314 P. O. Box 120314

Dallas, TX 75312-0314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 193.00

---

**3.30** Nonpriority creditor's name and mailing address

Downhole Chemical Solutions, LLC

2770 Main Street #161

Frisco, TX 75033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,584.38

---

**3.31** Nonpriority creditor's name and mailing address

East Texas Mack Sales, LLC

2934 Highway 31 North P. O. Box 2867

Longview, TX 75606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,832.54

---

Debtor    Circle Z Pressure Pumping, LLC
          _____
          Name

Case number (if known) 16-60633

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Energy Products, Inc.

P.O. Box 9471
Tulsa, OK 74157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 654,353.93

---

**3.33** Nonpriority creditor's name and mailing address

Enterprise FM Trust

Enterprise Fleet Management C/B P. O. Box 800089
Kansas City, MO 64180-0089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,662.63

---

**3.34** Nonpriority creditor's name and mailing address

Fairmount Santrol

776 Centennial Drive
Ottawa, IL 61350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 692,425.25

---

**3.35** Nonpriority creditor's name and mailing address

Finoric LLC

8115 Loop 540
Beasley, TX 77417

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,869.00

---

**3.36** Nonpriority creditor's name and mailing address

Fleetprice

P. O. Box 847118
Dallas, TX 5,529.57

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,529.57

---

Debtor    Circle Z Pressure Pumping, LLC
        Name

Case number *(if known)* 16-60633

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Flow Measurement & Controls

267 Lake Harris Circle, Suite 104
White Oak, TX 75693

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,915.09

---

**3.38** Nonpriority creditor's name and mailing address

Forum US, Inc., (Flow Equipment)

5015 Highway 7 West
Davis, OK 73030

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 235,229.42

---

**3.39** Nonpriority creditor's name and mailing address

Freight TEc Management Group

P. O. Box 1349
Bountiful, UT 84011

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 26,900.00

---

**3.40** Nonpriority creditor's name and mailing address

Gardner Denver Inc.

P. O. Box 955953
St. Louis, MO 63195-5953

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 137,797.81

---

**3.41** Nonpriority creditor's name and mailing address

GCR Longview Truck Tire Center

P. O. Box 910530
Denver, CO 80291-0530

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,176.14

---

Debtor   **Circle Z Pressure Pumping, LLC**                              Case number (if known) 16-60633
_____
Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.42** Nonpriority creditor's name and mailing address

Good Shepherd Occupational Medicine

409 North 6th Street
Lonvgview, TX 75601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Medical Services

$2,013.94

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

GSI Gulfstream

3200 State Highway 135 North
Kilgore, TX 75662

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$69,843.44

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Hudson Graphics Inc.

P. O. Box 7010
Longview, TX 75607-7010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$1,684.57

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Hydradyne, LLC

P. O. Box 974799
Dallas, TX 75397-4799

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$53,677.53

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Independence Oilfield Chemicals, LLC

1450 Lake Robbins Drive, Suite 400
The Woodlands, TX 77380

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$128,530.76

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   **Circle Z Pressure Pumping, LLC**
     Name

Case number (*if known*)  16-60633

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** Nonpriority creditor's name and mailing address

Industrial Diesel Manufacturing & Service, Ltd.

8801 Harmon Road
Fort Worth, TX 76177

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 153,626.93

---

**3.48** Nonpriority creditor's name and mailing address

Industrial Diesel, Inc.

8705 Harmon Road
Fort Worth, TX  76177

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 19,329.75

---

**3.49** Nonpriority creditor's name and mailing address

Interstate Billing Service

P.O. Box 2280
Decatur, AL 35609

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,236.52

---

**3.50** Nonpriority creditor's name and mailing address

Isaac's Wrecker Service

13452 FM 206
Tyler, TX 75709

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,000.00

---

**3.51** Nonpriority creditor's name and mailing address

J and J Enterprises

418 Pecan Street
Gilmer, TX 75644

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,800.00

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.52** | Nonpriority creditor's name and mailing address

Jerry's Wrecker Service

110 Highway 43 North
Henderson, TX 75652

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 7,250.00

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address

JPF Services, LLC dba Wotel

P. O. Box 81162
Lafayette, LA 70598

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 248,880.00

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address

K & C Hose and Supply

P. O. Box 5513
Longview, TX 75608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 37,425.12

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address

Kilgore Hose & Specialty Warehouse, LLC

3103 Highway 135 North, Bldg. 1
Kilgore, TX 75662

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 28,660.29

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address

La Quinta Inn #0588

2600 South Ruth Street
Sulphur, LA 70663

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 5,486.71

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Circle Z Pressure Pumping, LLC**
Name

Case number (if known) 16-60633

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.57** Nonpriority creditor's name and mailing address
La Quinta Inns and Suites Hattiesburg

109 Lundy Lane
Hattiesburg, MS 39401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$1,482.40

**3.58** Nonpriority creditor's name and mailing address
Lone Star Radiator Co., Inc.

1227 Basse Road
San Antonio, TX 78212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$6,706.13

**3.59** Nonpriority creditor's name and mailing address
Master Pumps & Power

P. O. Box 678483
Dallas, TX 75267-8483

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$36,300.82

**3.60** Nonpriority creditor's name and mailing address
Matheson Tri-Gas, Inc.

Department 3028 P. O. Box 123028
Dallas, TX 75312

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$1,387.92

**3.61** Nonpriority creditor's name and mailing address
MG Bryan Equipment

1906 Great Southwest Parkway
Grand Prairie, TX 75051

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$219,145.52

Debtor    Circle Z Pressure Pumping, LLC                     Case number (if known) 16-60633
_____Name_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.62** Nonpriority creditor's name and mailing address

Michael Clayton Powell

P. O. Box 5513
Longview, TX 57608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Loan to company

$ 100,000.00

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Mobile Modular

P. O. Box 45043
San Francisco, CA 94145-5043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 14,733.00

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Moore's Retread and Tire-51

15275 FM 968 West
Longview, TX 75602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 12,978.09

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

NAPA Auto Parts

JEK Automotive Supply, Inc. 285 East Johnson Street
Tatum, TX 75691

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 9,539.75

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

National Oilwell Varco

NOI - Mission P. O. Box 200338
Dallas, TX 75320-0338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 163,961.95

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   **Circle Z Pressure Pumping, LLC**
Name

Case number (if known) 16-60633

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.67** Nonpriority creditor's name and mailing address

Odessa Pumps & Equipment

P. O. Box 60429
Midland, TX 79711-0429

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 10,740.19

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Oil States Energy Services

P. O. Box 203567
Dallas, TX 75320-3567

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 4,178.10

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

OMI Environmental Solutions

Department 2307 P. O. Box 11407
Birmingham, AL 35246

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 21,831.78

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Ortowski Construction Co., Inc.

175 CR 131
Gainesville, TX 76240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 84,041.21

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

P & W Iron Works

409 State Highway 135 N
Kilgore, TX 75662

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 78,110.52

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   **Circle Z Pressure Pumping, LLC**     Case number (if known)  16-60633
_____Name_____

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** | Nonpriority creditor's name and mailing address

P & W Sales, Inc.

405 North Highway 135
Kilgore, TX 75662

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 150,382.79

---

**3.73** | Nonpriority creditor's name and mailing address

Pegues-Hurst Motor Company

P. O. Box 3686
Longview, TX 75606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 3,474.91

---

**3.74** | Nonpriority creditor's name and mailing address

Penn Transport

6891 Patrick Lane
Shreveport, LA 71129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 950.00

---

**3.75** | Nonpriority creditor's name and mailing address

Platinum Collision Center of Marshall

1007 East End Boulevard North
Marshall, TX 75670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,500.00

---

**3.76** | Nonpriority creditor's name and mailing address

PMI Pump Parts

178 Bearcat Road
Aledo, TX 76008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,573.17

---

Debtor   Circle Z Pressure Pumping, LLC _____   Case number (if known) 16-60633 _____
         <sub>Name</sub>

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.77** Nonpriority creditor's name and mailing address
Powell Family Royalty

P. O. Box 5513
Longview, TX 75608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan to company

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 26,000.00

---

**3.78** Nonpriority creditor's name and mailing address
Precision Additives

11850 Tanner Road
Houston, TX 77041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,969.80

---

**3.79** Nonpriority creditor's name and mailing address
Preferred Sands

See Attachment 3
Radnor, PA 19087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 59,724.73

---

**3.80** Nonpriority creditor's name and mailing address
Premier Fleet Services

1012 San Pedro
San Antonio, TX 78212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,397.86

---

**3.81** Nonpriority creditor's name and mailing address
Principal Financial

PLIC-SBD Grand Island P. O. Box 10372
Des Moines, IA 50306-0372

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,018.03

---

Debtor    <u>Circle Z Pressure Pumping, LLC</u>         Case number *(if known)* <u>16-60633</u>
       Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** | Nonpriority creditor's name and mailing address
Purchase Power

P. O. Box 371874
Pittsburgh, PA 15250-7874

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: <u>Trade Debt</u>

$ 586.58

Date or dates debt was incurred      _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address
Reagent Chemical & Research, Inc.

P.O. Box 416228
Boston, MA 02241-6228

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: <u>Trade Debt</u>

$ 28,100.75

Date or dates debt was incurred      _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address
Redzone Coil Tubing, LLC

701 North First Street, Suite 190
Lufkin, TX 75901

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: <u>Trade Debt</u>

$ 15,516.75

Date or dates debt was incurred      _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address
Republic Services #70

P. O. Box 78829
Phoenix, AZ 85062-8829

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: <u>Trade Debt</u>

$ 24,024.65

Date or dates debt was incurred      _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address
Rock Water Solutions

See Attachment 4
Dallas, TX 75320

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: <u>Trade Debt</u>

$ 330,312.51

Date or dates debt was incurred      _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**       

Debtor   Circle Z Pressure Pumping, LLC _____   Case number (if known) 16-60633 _____
             Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Rolligon - NOV, L.P.

P. O. Box 202154
Dallas, TX 75320-2154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 48,749.56

---

**3.88** Nonpriority creditor's name and mailing address

Russell Electric

344 West Cotton Street
Longview, TX 75601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,144.54

---

**3.89** Nonpriority creditor's name and mailing address

Shale Flow Specialties

300 Marvin A. Smith Drive
Kilgore, TX 75662

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,000.00

---

**3.90** Nonpriority creditor's name and mailing address

Sierra Frac Sand, LLC

1155 East Johnson Street
Tatum, TX 75692

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 760,335.62

---

**3.91** Nonpriority creditor's name and mailing address

Skycasters, LLC

P. O. Box 75528
Cleveland, OH 44101-7455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,339.80

---

Debtor  __Circle Z Pressure Pumping, LLC__     Case number (if known)  16-60633
              Name

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | | Amount of claim |
|---|---|---|

**3.92** Nonpriority creditor's name and mailing address

SPM Flow Control, Inc.

601 Weir Way
Fort Worth, TX 76108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

$75,998.02

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

Stewart & Stevenson

4935 Whitehurst Drive
Longview, TX 75602-6689

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$7,435.43

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Strom Manufacturing Inc.

2800 Post Oak Boulevard Suite 4100
Houston, TX 77056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$187,817.88

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Sun Source

P. O. Box 730698
Dallas, TX 7537300698

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$22,119.61

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

Superior Fleet Service, Inc.

P. O. Box 5516
Tyler, TX `75712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$624.33

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Circle Z Pressure Pumping, LLC _____    Case number (if known) 16-60633 _____
             Name

| Part 2: | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

**3.97** Nonpriority creditor's name and mailing address

Tavo's Automotive

802 Veterans Avenue
Crystal City, TX 78839

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 656.50

---

**3.98** Nonpriority creditor's name and mailing address

Texas Air Hydraulic

P. O. Box 2785
Longviw, TX 75606

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,928.31

---

**3.99** Nonpriority creditor's name and mailing address

Texas Mutual Insurance

6210 East Highway 290
Austin, TX 78723

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance Premium

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,698.00

---

**3.100** Nonpriority creditor's name and mailing address

The Sherwin-Williams Company

11112 FM 349
Longview, TX 75601

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,656.03

---

**3.10** Nonpriority creditor's name and mailing address

Thermo Process Instruments, L.P.

P. O. Box 742770
Atlanta, GA 30374-2770

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,891.79

---

Debtor    Circle Z Pressure Pumping, LLC _____    Case number (if known) 16-60633 _____
        Name

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.102** Nonpriority creditor's name and mailing address

TIFCO Industries

P. O. Box 40277
Houston, TX 77240-0277

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 6,913.10

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

Tim Ables Trucking Co.

P. O. Box 2947
Kilgore, TX 75663

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

$ 224,915.00

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

Top Line Rental, LLC

P. O. Box 2290
Henderson, TX 75653

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

$ 12,324.66

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

Total Legendary Catering

316 Iris Drive
White Oak, TX 75693

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Food Services

$ 11,360.31

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

Unimin Corporation

P. O. Box 198867
Atlanta, GA 30384

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

$ 146,623.72

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor   Circle Z Pressure Pumping, LLC          Case number (if known) 16-60633
         _____                              _____
         Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** Nonpriority creditor's name and mailing address

United Engines, LLC
_____

P. O. Box 731594
_____
Dallas, TX 75373-1594

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 471,477.33

**3.108** Nonpriority creditor's name and mailing address

United Healthcare
_____

P O Box 959782
_____
St Louis, MO 63195-4571

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Health Insurance

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 22,638.48

**3.109** Nonpriority creditor's name and mailing address

United Vision Logistics
_____

P. O. Box 975357
_____
Dallas, TX 75397-5357

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 20,326.49

**3.110** Nonpriority creditor's name and mailing address

Velvin Oil Co., Inc.
_____

Petroleum Products P. O. Box 993
_____
Henderson, TX 75653

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,773.27

**3.111** Nonpriority creditor's name and mailing address

Western Marketing, Inc.
_____

P. O. Box 993
_____
Dallas, TX 75267-7422

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,748.11

Debtor    Circle Z Pressure Pumping, LLC
          _____
          Name

Case number (if known) 16-60633
          _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112** Nonpriority creditor's name and mailing address

Wex Bank
_____

7090 South Union Park Avenue Suite 350
Midvale, UT 84047
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Credit card debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 50,958.33

---

**3.113** Nonpriority creditor's name and mailing address

Will's Pump Repair
_____

P. O. Box 1032
Henderson, TX 75653
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 33,259.01

---

**3.114** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

**3.115** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

**3.116** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Circle Z Pressure Pumping, LLC                          Case number (if known) 16-60633
_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address

P. O. Box 5513

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Circle Z Pressure Pumping, LLC _____   Case number *(if known)* 16-60633 _____
_____ Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   <u>Circle Z Pressure Pumping, LLC</u>
      Name

Case number (*if known*)  <u>16-60633</u>

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1       5a.    $ <u>778,004.30</u>

5b. Total claims from Part 2       5b.   **+**   $ <u>8,176,860.59</u>

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.       5c.    $ <u>8,954,864.89</u>

# Attachment

**Debtor: Circle Z Pressure Pumping, LLC**       Case No: 16-60633

**Attachment 1**

      Special Procedures Branch, 1100 Commerve St., MC 520 DAL

**Attachment 2**

      Comptroller of Public Accounts, P O Box 13528, Capitol Station

**Attachment 3**

      One Radnor Corporate Center 100 MatsonFord Road, Suite 101

**Attachment 4**

      Benchmark Energy Products Department 18701
      P. O. Box 203187