IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-60633 |
| CIRCLE Z PRESSURE PUMPING, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Bankruptcy Rule 9010(b) and Local Rule 9013(f), please take notice that the undersigned firm of attorneys are appearing for AUSTIN BANK TEXAS, N.A., a party in interest in the above-captioned bankruptcy case.

Pursuant to Rules 2002, 3017, and 9007 of the Bankruptcy Rules, and Local Rules 2002, 3015, 3017, 4001, 6004, 9007, 9013, the undersigned requests that all notices given or required to be given in this case and all papers be served upon the undersigned at the address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to above and also includes, without limitation, applications, complaints, demands, motions, petitions, pleadings, schedules, statements, plans, notices, notices of any orders, judgments, hearings, pretrials, trials, depositions, examinations, requests, agreements, settlements, stipulations, elections, rejections, or acceptances, and any other documents brought before this Court in this case, or in any adversary proceeding or other Judicial proceeding related to this case, whether before or after conversion (if applicable), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex and otherwise.

Respectfully Submitted,

MCNALLY & PATRICK L.L.P

By:   /s/ Glen Patrick
        State Bar I.D. #15579500
        ATTORNEYS FOR AUSTIN BANK TEXAS, N.A.
        100 E. Ferguson, Ste 400
        Tyler, Texas  75702
        Telephone No. 903/597-6301
        Facsimile No. 903/597-6302

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served either by electronic means or by regular first class mail on all parties listed below, this 4th day of November, 2016.

/s/ Glen Patrick

DEBTOR:
Circle Z Pressure Pumping, LLC
PO Box 5513
Longview, TX 75608

ATTORNEY FOR DEBTORS
Michael E. Gazette
100 East Ferguson St., Ste 1000
Tyler, TX 75702

TRUSTEE:
Office of the US Trustee
110 N. College Ave., Ste 300
Tyler, TX 75702