**Fill in this information to identify the case:**

Debtor name  Circle Z Pressure Pumping, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number (if known):  16-60633

☒ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**2. Cash on hand**

$ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. Austin Bank | Checking Account | 0  2  5  9 | $ 24,000.00 |
| 3.2. Community Bank | Checking Account | 5  0  5  5 | $ 1,011.48 |

**4. Other cash equivalents** *(Identify all)*                                     213

4.1. _____   $ _____

4.2. _____   $ _____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 25,011.48

---

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____   $ _____

7.2. _____   $ _____

Debtor   Circle Z Pressure Pumping, LLC _____   Case number (if known) 16-60633
         Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____   $ _____
    8.2. _____   $ _____

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                 $ _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                                      Current value of debtor's
                                                                      interest

11. **Accounts receivable**

    11a. 90 days old or less:  $444,218.44  _  $0.00           = ....→  $ 444,218.44
                               face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:     $3,819,048.21  _  $3,819,048.21  = ....→  $ 0.00
                               face amount      doubtful or uncollectible accounts

12. **Total of Part 3**                                               $ 444,218.44

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                              Valuation method       Current value of debtor's
                                              used for current value  interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $ _____
    14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                            % of ownership:

    15.1. _____   _____ %                 $ _____
    15.2. _____   _____ %                 $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $ _____
    16.2. _____   _____   $ _____

17. **Total of Part 4**                                               $ _____

    Add lines 14 through 16. Copy the total to line 83.

Debtor    Circle Z Pressure Pumping, LLC
       Name

Case number *(if known)*___16-60633___

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☒ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.

                                                    $_____

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | | $_____ |

Debtor    Circle Z Pressure Pumping, LLC
      Name

Case number *(if known)*    16-60633

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 15 Desks | $ _____ | _____ | $3,750.00 |
| See Attachment 1: Additional Office Furniture | | | |
| 40. **Office fixtures** | | | |
| LG Refrigerator | $ _____ | _____ | $500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 6 Avaya Desk Phones Model #1416D02A-003 | $ _____ | _____ | $750.00 |
| See Attachment 2: Additional Office Equipment | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $23,295.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor   Circle Z Pressure Pumping, LLC
         Name

Case number (if known) 16-60633

---

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 1998 Mack CH613 Heavy Duty Truck Tractor 0712 | $_____ | OLV | $9,750.00 |
| 47.2 1998 Mack CH613 Heavy Duty Truck Tractor 0743 | $_____ | OLV | $9,750.00 |
| 47.3 1998 Kenworth T-800 Heavy Duty Truck Tractor 5771 | $_____ | OLV | $8,250.00 |
| 47.4 2000 Mack CH613 Heavy Duty Truck Tractor 1314 | $_____ | OLV | $10,500.00 |

See Attachment 3: Additional Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2007 Galyean DRD046 Pump Trailer 6797 | $_____ | OLV | $220,500.00 |

See Attachment 4: Additional Machinery, Fixtures, and Equipment

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$14,236,710.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

Debtor   **Circle 2 Pressure Pumping, LLC**
Name

Case number *(if known)* 16-60633

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attachment 5 | See Attachment | $ | OLV | $480,000.00 |
| 55.2 See Attachment 6 | See Attachment | $ | Debtor's opinion | $50,000.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$530,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Debtor  **Circle Z Pressure Pumping, LLC**
       Name                                                              Case number (*If known*) 16-60633

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>_____  _____ − _____ = ➔ | $_____ |
| | *Total face amount*   *doubtful or uncollectible amount* |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>_____   Tax year _____<br>_____   Tax year _____<br>_____   Tax year _____ | $_____<br>$_____<br>$_____ |
| 73. **Interests in insurance policies or annuities**<br>_____ | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>_____<br>Nature of claim _____<br>Amount requested $_____ | $_____ |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>_____<br>Nature of claim _____<br>Amount requested_ $_____ | $_____ |
| 76. **Trusts, equitable or future interests in property**<br>_____ | $_____ |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>FR - 696 gallons<br>NE - 8 gallons<br>See Attachment 7: Additional Property Not Already Listed | $3,528.72<br>$23.04 |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.      $ **19,971.90**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **Circle Z Pressure Pumping, LLC**
          Name

Case number (if known) 16-60633

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 25,011.48 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 444,218.44 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment, and collectibles. *Copy line 43, Part 7.* | $ 23,295.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 14,236,710.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............................................ ➔ | | $ 530,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 19,971.90 | |
| 91. Total. Add lines 80 through 90 for each column. .........................91a. | $ 14,749,206.82 | + 91b. $ 530,000.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ................................................................  $ 15,279,206.82

# Attachment 1/22
## Debtor: Circle Z Pressure Pumping, LLC     Case No: 16-60633

Attachment 1: Additional Office Furniture

Description: 25 File Cabinets
Book Value:
Value: $1,250.00

Description: 32 Sitting Chairs
Book Value:
Value: $1,600.00

Description: 2 Conference Tables
Book Value:
Value: $550.00

Description: 5 Full Bookshelves
Book Value:
Value: $800.00

Description: 4 Half Bookshelves
Book Value:
Value: $300.00

Description: 11 Desk Office backed chairs
Book Value:
Value: $700.00

Description: 7 Conference Table Chairs
Book Value:
Value: $420.00

Attachment 2: Additional Office Equipment

Description: 13 Phones
Book Value:
Value: $650.00

Description: Polycom Sound Station Conference Phone 170980
Book Value:
Value: $125.00

Description: Canon Image Runner 2870 #107-497
Book Value:
Value: $4,000.00

## Attachment 2/22
## Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Description: HP LaserJet Printer MFP MW175
Book Value:
Value: $100.00

Description: HP LaserJet P3015 Printer #VNB3Y39052
Book Value:
Value: $100.00

Description: Sharp MX5141 Printer #3T202824
Book Value:
Value: $4,000.00

Description: HP #5CG411DWZC
Book Value:
Value: $200.00

Description: HP #2LEH2208LQ
Book Value:
Value: $200.00

Description: HP Probook Laptop
Book Value:
Value: $200.00

Description: Dell Lattitude 5530 Laptop
Book Value:
Value: $1,000.00

Description: Dell Desktop #08TM
Book Value:
Value: $200.00

Description: HP Pavillion 20 all in one PC #3CR3140TCC
Book Value:
Value: $200.00

Description: ADC Desktop Computer #FAWCBHA010174
Book Value:
Value: $200.00

Description: HP LV2311 Monitor #6CM3320TXC
Book Value:
Value: $100.00

# Attachment 3/22
## Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Description: HP LV2311 Monitor #6CM3320TXB
Book Value:
Value: $100.00

Description: HP Pro 3500 Series MT #MXL41802KD
Book Value:
Value: $100.00

Description: HP Pro Book 450 Laptop
Book Value:
Value: $200.00

Description: Toshiba Laptop #TL10665200H
Book Value:
Value: $200.00

Description: Toshiba Laptop #5D116998C
Book Value:
Value: $200.00

Description: Dell Desktop #00196234892959
Book Value:
Value: $200.00

Description: Toshiba Laptop
Book Value:
Value: $200.00

Description: Toshiba Laptop #5D117391C
Book Value:
Value: $200.00

Attachment 3: Additional Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm
Description: 2006 Peterbilt 379 Heavy Duty Truck Tractor 0309
Book Value:
Valuation method: OLV
Value: $26,500.00

Description: 2009 Peterbilt 379 Heavy Duty Truck Tractor 0290
Book Value:
Valuation method: OLV
Value: $26,500.00

Attachment 4/22
Debtor: Circle Z Pressure Pumping, LLC      Case No: 16-60633

Description: 2008 Western Star 4900EX Heavy Duty Kill Truck 0830
Book Value:
Valuation method: OLV
Value: $65,625.00

Description: 2006 Peterbilt 379 Heavy Duty Truck Tractor 0446
Book Value:
Valuation method: OLV
Value: $26,250.00

Description: 2006 Peterbilt 379 Heavy Duty Truck Tractor 0157
Book Value:
Valuation method: OLV
Value: $26,250.00

Description: 2006 Peterbilt 379 Heavy Duty Truck Tractor 0114
Book Value:
Valuation method: OLV
Value: $18,750.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 9244
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 9307
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 9334
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2006 Peterbilt 379 Heavy Duty Truck Tractor 0558
Book Value:
Valuation method: OLV
Value: $26,500.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 5568
Book Value:

# Attachment 5/22
## Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Valuation method: OLV
Value: $30,000.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 5597
Book Value:
Valuation method: OLV
Value: $24,375.00

Description: 2004 Peterbilt 379 Heavy Duty Truck Tractor 6631
Book Value:
Valuation method: OLV
Value: $18,750.00

Description: 2006 Peterbilt 385 Heavy Duty Truck Tractor 8355
Book Value:
Valuation method: OLV
Value: $25,125.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 0078
Book Value:
Valuation method: OLV
Value: $28,125.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 3551
Book Value:
Valuation method: OLV
Value: $28,125.00

Description: 2007 Peterbilt 385 Heavy Duty Truck Tractor 7210
Book Value:
Valuation method: OLV
Value: $26,625.00

Description: 2008 Peterbilt 389 Heavy Duty Truck Tractor 7416
Book Value:
Valuation method: OLV
Value: $48,750.00

Description: 2007 Peterbilt 368 Heavy Duty Truck Tractor 3952
Book Value:
Valuation method: OLV
Value: $28,125.00

## Attachment 6/22
### Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Description: 2009 Mack GU713 Heavy Duty Truck Tractor 7312
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2007 Peterbilt 379 Heavy Duty Truck Tractor 0954
Book Value:
Valuation method: OLV
Value: $28,125.00

Description: 2005 Peterbilt 385 Heavy Duty Truck Tractor 2697
Book Value:
Valuation method: OLV
Value: $23,450.00

Description: 2009 Mack GU713 Heavy Duty Truck Tractor 7311
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2009 Mack GU713 Heavy Duty Truck Tractor 6822
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2009 Mack GU713 Heavy Duty Truck Tractor 7310
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2006 Mack CXN613 Heavy Duty Truck Trailer 4947
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 4938
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 4938
Book Value:
Valuation method: OLV

## Attachment 7/22
### Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 1707
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 4926
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Truck Tractor 4927
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 4922
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 1711
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Trailer 1716
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 1714
Book Value:
Valuation method: OLV
Value: $16,875.00

Description: 2006 Mack CXN613 Heavy Duty Truck Tractor 1713
Book Value:
Valuation method: OLV
Value: $15,000.00

Description: 2005 Mack CXN613 Heavy Duty Truck Tractor 8265

# Attachment 8/22
## Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Book Value:
Valuation method: OLV
Value: $15,000.00

Description: 2005 Mack CXN613 Heavy Duty Truck Tractor 7397
Book Value:
Valuation method: OLV
Value: $15,000.00

Description: 2005 Mack CXN613 Truck Tractor 8267
Book Value:
Valuation method: OLV
Value: $15,000.00

Description: 2005 Mack CXN613 Truck Tractor 7392
Book Value:
Valuation method: PLV
Value: $15,000.00

Description: 1997 Kenworth T-800 Heavy Duty Crane Truck 4301
Book Value:
Valuation method: OLV
Value: $45,000.00

Description: 1998 Peterbilt 379 Heavy Duty Truck Tractor 4938
Book Value:
Valuation method: OLV
Value: $11,250.00

Description: 1998 Peterbilt 379 Heavy Duty Truck Tractor 4924
Book Value:
Valuation method: OLV
Value: $11,250.00

Description: 2003 Mack CX613 Heavy DutyTruck Tractor 5251
Book Value:
Valuation method: OLV
Value: $13,125.00

Description: 2004 Mack CX613 Heavy Duty Truck Tractor 8102
Book Value:
Valuation method: OLV
Value: $15,000.00

# Attachment 9/22
## Debtor: Circle Z Pressure Pumping, LLC     Case No: 16-60633

Description: 2002 Mack CX613 Heavy Duty Truck Tractor 2313
Book Value:
Valuation method: OLV
Value: $12,000.00

Description: 2007 Mack CX613 Heavy Duty Truck Tractor 1528
Book Value:
Valuation method: OLV
Value: $17,250.00

Description: 1998 Mack CH613 Heavy Duty Truck Tractor 1121
Book Value:
Valuation method: OLV
Value: $9,750.00

Description: 2006 Kenworth T-300 Data Van 5324
Book Value:
Valuation method: OLV
Value: $66,500.00

Description: 2005 Utility Data Van 0813
Book Value:
Valuation method: OLV
Value: $35,625.00

Description: 2011 Jereh YYB12-1Data Van R001
Book Value:
Valuation method: OLV
Value: $95,000.00

Attachment 4: Additional Machinery, Fixtures, and Equipment

Description: 2009 Galyean Pump  Trailer 7201
Book Value:
Valuation method: OLV
Value: $185,000.00

Description: 2003 Shopbuilt Pump Trailer 0578
Book Value:
Valuation method: OLV
Value: $97,500.00

Description: 2010 Galyean Pump Trailer 7231

Attachment 10/22

Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Book Value:
Valuation method: OLV
Value: $267,750.00

Description: 2010 Glayean Pump Trailer 7232
Book Value:
Valuation method: OLV
Value: $267,750.00

Description: 2012 Galyean Pump Trailer 7821
Book Value:
Valuation method: OLV
Value: $299,250.00

Description: 1980 Phelan Pump Trailer 5781
Book Value:
Valuation method: OLV
Value: $90,000.00

Description: 2001 Towway Pump Trailer 9100
Book Value:
Valuation method: OLV
Value: $125,000.00

Description: 2010 CVA Pump Trailer 0857
Book Value:
Valuation method: OLV
Value: $267,750.00

Description: 2010 CVA Pump Trailer 0858
Book Value:
Valuation method: OLV
Value: $297,500.00

Description: 2010 CVA Pump Trailer 0859
Book Value:
Valuation method: OLV
Value: $267,500.00

Description: 2010 CVA Pump Trailer 0865
Book Value:
Valuation method: OLV
Value: $297,500.00

## Attachment 11/22
### Debtor: Circle Z Pressure Pumping, LLC    Case No: 16-60633

Description: 2010 CVA Pump Trailer 0866
Book Value:
Valuation method: OLV
Value: $297,500.00

Description: 2011 Galyean Pump Trailer 7876
Book Value:
Valuation method: OLV
Value: $285,000.00

Description: 2012 Troxell Pump Trailer 9220
Book Value:
Valuation method: OLV
Value: $332,500.00

Description: 2011 United Engines 2250 FRTR Pump Trailer 6216
Book Value:
Valuation method: OLV
Value: $315,000.00

Description: 2012 Mertz 7225-01-000 Pump Trailer 1660
Book Value:
Valuation method: OLV
Value: $332,500.00

Description: 1998 Atoka Pump Trailer 5657
Book Value:
Valuation method: OLV
Value: $67,500.00

Description: 1997 Viking VL-45-S Pump Trailer 2291
Book Value:
Valuation method: OLV
Value: $100,000.00

Description: 1982 Conh Pump Trailer 6314
Book Value:
Valuation method: OLV
Value: $50,000.00

Description: 2010 Loadcraft Pump Trailer 0035
Book Value:

# Attachment 12/22
## Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Valuation method: OLV
Value: $297,500.00

Description: 2010 Loadcraft Pump Trailer 0034
Book Value:
Valuation method: OLV
Value: $297,500.00

Description: 1982 Exco Pump Trailer 0276
Book Value:
Valuation method: OLV
Value: $50,000.00

Description: 2014 Blackstone Pump Trailer 6083
Book Value:
Valuation method: OLV
Value: $367,500.00

Description: 2014 Blackstone Pump Trailer 6084
Book Value:
Valuation method: OLV
Value: $367,500.00

Description: 2006 Kalyn Rhino-1Q Pump Trailer 2315
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2001 Stewart & Stevenson Pump Trailer 4082
Book Value:
Valuation method: OLV
Value: $125,000.00

Description: 2001 Stewart & Stevenson FT-2251 Pump Trailer 0120
Book Value:
Valuation method: OLV
Value: $50,000.00

Description: 2001 Stewart & Stevenson FT-2251 Pump Trailer 0105
Book Value:
Valuation method: OLV
Value: $140,000.00

# Attachment 13/22
## Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Description: 2001 SWTR Portable Pump Trailer 4080
Book Value:
Valuation method: OLV
Value: $125,000.00

Description: 2004 Fontaine CT-1-40ASPK Pump Trailer 8807
Book Value:
Valuation method: OLV
Value: $192,500.00

Description: 2005 Kalyn Rhino-QC Pump Trailer 17666
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2005 Kalyn Rhino-QC Pump Trailer 1883
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2005 Kalyn Rhino-QC Pump Trailer 1476
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2001 Stewart & Stevenson FT2251 Pump Trailer 0103
Book Value:
Valuation method: OLV
Value: $125,000.00

Description: 2007 Peerless Pump Trailer 3147
Book Value:
Valuation method: OLV
Value: $220,500.00

Description: 2006 Peerless Pump Trailer 2548
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2006 Peerless Pump Trailer 2761
Book Value:
Value: $227,500.00

# Attachment 14/22
## Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Description: 2006 Peerless Pump Trailer 2544
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2006 Peerless Pump Trailer 2760
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2005 Peerless Pump Trailer 2118
Book Value:
Valuation method: OLV
Value: $210,000.00

Description: 2001 Stewart & Stevenson Pump Trailer 0109
Book Value:
Valuation method: OLV
Value: $125,000.00

Description: 2001 Stewart & Stevenson FT2251 Pump Trailer 2001
Book Value:
Valuation method: OLV
Value: $140,000.00

Description: 2009 Galyean Acid5K-2 Acid Transport Trailer 7192
Book Value:
Valuation method: OLV
Value: $37,500.00

Description: 2000 Shopbuilt Transport Trailer 6942
Book Value:
Valuation method: OLV
Value: $11,815.00

Description: 2010 Shopbuilt Flatbed Trailer 2569
Book Value:
Valuation method: OLV
Value: $4,875.00

Description: 2011 Shopbuilt Utility Trailer 0950
Book Value:

# Attachment 15/22
## Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Valuation method: OLV
Value: $750.00

Description: 2011 Shopbuilt Trailer 3370
Book Value:
Valuation method: OLV
Value: $2,250.00

Description: 2012 Shopbuilt Utility Trailer Z405
Book Value:
Valuation method: OLV
Value: $1,125.00

Description: 2007 Shopbuilt Trailer 7308
Book Value:
Valuation method: OLV
Value: $750.00

Description: 2010 Fontaine HAVSD12WSA Iron Trailer 2678
Book Value:
Valuation method: OLV
Value: $22,500.00

Description: 2006 Transcraft DTL-2100 W2 Drop Deck Trailer 8474
Book Value:
Valuation method: OLV
Value: $15,000.00

Description: 2011 Shopbuilt Hose Trailer 4091
Book Value:
Valuation method: OLV
Value: $1,500.00

Description: 2014 Wells Cargo Cargo Trailer 4897
Book Value:
Valuation method: OLV
Value: $1,500.00

Description: 2015 Pitts Drop Deck Trailer 1346
Book Value:
Valuation method: OLV
Value: $20,625.00

Attachment 16/22
Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Description: 2003 Big Tex 50LA Utility Trailer 0535
Book Value:
Valuation method: OLV
Value: $3,375.00

Description: 2014 North Texas Trailer Utility Trailer 0072
Book Value:
Valuation method: OLV
Value: $1,315.00

Description: 2014 Texas Bragg Utility Trailer 6343
Book Value:
Valuation method: OLV
Value: $20,065.00

Description: Marathon 361SL1601 Generator 3273
Book Value:
Valuation method: OLV
Value: $8,625.00

Description: 2011 Ameritrail PT24-30A Equipment Trailer 6092
Book Value:
Valuation method: OLV
Value: $3,000.00

Description: Mission Pump DEUTZ D914L06 + 2011 Shopbuilt Trailer 56RY
Book Value:
Valuation method: OLV
Value: $11,250.00

Description: 2012 Shopbuilt Trailer 5021
Book Value:
Valuation method: OLV
Value: $11,250.00

Description: 2004 Forest River Lab Trailer 5377
Book Value:
Valuation method: OLV
Value: $750.00

Description: 2013 Appco FS40Sand Hog Trailer 7023
Book Value:
Valuation method: OLV

# Attachment 17/22
## Debtor: Circle Z Pressure Pumping, LLC        Case No: 16-60633

Value: $95,000.00

Description: 2013 Appco FS40 Sand Hog Trailer 7022
Book Value:
Valuation method: OLV
Value: $95,000.00

Description: 2013 Appco FS40 Sand Hog Trailer 7021
Book Value:
Valuation method: OLV
Value: $95,000.00

Description: 2013 Appco FS40 Sand Hog Trailer 7024
Book Value:
Valuation method: OLV
Value: $95,000.00

Description: 1995 Warren STS2654 Sand Trailer 9275
Book Value:
Valuation method: OLV
Value: $10,000.00

Description: 2008 Appco Sand Hog Trailer 7062
Book Value:
Valuation method: OLV
Value: $62,500.00

Description: 1981 Appco FS27 Sand Hog Trailer 8466
Book Value:
Valuation method: OLV
Value: $20,000.00

Description: 1981 App FS27 Sand Hog Trailer 8465
Book Value:
Valuation method: OLV
Value: $20,000.00

Description: 2014 NOV Rolligon CIT-3511 Chemical Additive Trailer 302A
Book Value:
Valuation method: OLV
Value: $275,000.00

Description: 2014 NOV Rolligon CIT-3511 Chemical Additive Trailer 303A

# Attachment 18/22
## Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Book Value:
Valuation method: OLV
Value: $275,000.00

Description: 1998 Fruehauf Chemical Additive Trailer 7510
Book Value:
Valuation method: OLV
Value: $50,000.00

Description: 2012 Elite Manifold Trailer 3260
Book Value:
Valuation method: OLV
Value: $150,000.00

Description: 2991 Mertz Manifold Trailer 1518
Book Value:
Valuation method: OLV
Value: $60,000.00

Description: 2007 SMI Manifold Trailer Frame 2033
Book Value:
Valuation method: OLV
Value: $2,500.00

Description: 2013 Rolligon MT-1060 Blender 4035
Book Value:
Valuation method: OLV
Value: $357,500.00

Description: 2013 Rolligon MT-1060 Blender 4036
Book Value:
Valuation method: OLV
Value: $357,500.00

Description: 2012 Jereh Blender R009
Book Value:
Valuation method: OLV
Value: $165,000.00

Description: 1999 Peterbilt 362 Blender Truck
Book Value:
Valuation method: OLV
Value: $50,000.00

Attachment 19/22
Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633


Description: 1999 Peterbilt 362 Blender Truck 0470
Book Value:
Valuation method: OLV
Value: $50,000.00

Description: 2013 Rolligon HT-270 Hydration Unit 4011
Book Value:
Valuation method: OLV
Value: $335,000.00

Description: 2013 Rolligon HT-270 Hydration Unit 4023
Book Value:
Valuation method: OLV
Value: $335,000.00

Description: 2012 Kalyn MHU100 Hydration Unit 5664
Book Value:
Valuation method: OLV
Value: $260,000.00

Description: 2011 Pratt SF432-BA6C2SSSJ Hydration Unit 3150
Book Value:
Valuation method: OLV
Value: $245,000.00

Description: 2013 Appco MS-82-30 Conveyor Trailer 7025
Book Value:
Valuation method: OLV
Value: $92,625.00

Description: 2014 Appco MS-82-30 Conveyor Trailer 7032
Book Value:
Valuation method: OLV
Value: $97,500.00

Description: 2013 Galyean DOT412MS Gel Trailer 8600
Book Value:
Valuation method: OLV
Value: $30,000.00

Description: 2008 Worley LFC Transport Trailer 6001
Book Value:

Attachment 20/22
Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Valuation method: OLV
Value: $22,500.00

Description: 1996 Kentucky Dry Van Trailer 6707
Book Value:
Valuation method: OLV
Value: $7,500.00

Description: 2009 CM Trailers 3662
Book Value:
Valuation method: OLV
Value: $1,315.00

Description: 1982 Cambelt Sand Supply Trailer 413A
Book Value:
Valuation method: OLV
Value: $2,250.00

Attachment 5

Office, Shop & Service Yard Facility
6664 State Highway 149 South
Tatum, Texas  75691
Fee Simple Ownership

Attachment 6

Chemical Storage Facility on 0.851 acre in the Francisco Castro Survey, A-236,
Gregg County, Texas
Fee Simple Ownership

Attachment 7: Additional Property Not Already Listed
Description: BIO - 46 gallons
Value: $725.88

Description: BLX-S - 166 gallons
Value: $1,181.92

Description: CS - 27 gallons
Value: $153.36

Description: Buffer - 108 gallons
Value: $208.44

# Attachment 21/22
## Debtor: Circle Z Pressure Pumping, LLC          Case No: 16-60633

Description: BKR - 29 gallons
Value: $191.40

Description: BXL-T - 68 gallons
Value: $406.64

Description: Scale - 750 gallons
Value: $3,472.50

Description: LGC - 1800 gallons
Value: $10,080.00

Description: 2015 Ford F-250 Truck #1750
Value: Leased

Description: 2015 Ford F-20 Truck #1748
Value: Leased

Description: 2015 F-250 Truck #1751
Value: Leased

Description: 2015 Ford F-250 Truck #1744
Value: Leased

Description: 2015 Ford F-250 Truck #1743
Value: Leased

Description: 2015 Ford F-150 Truck #8967
Value: Leased

Description: 2015 Ford F-150 Truck #8968
Value: Leased

Description: 2015 Ford F-250 Truck #9506
Value: Leased

Description: 2014 Ford F-150 Truck #8787
Value: Leased

Description: 2014 Ford F-150 Truck #5776
Value: Leased

# Attachment 22/22
## Debtor: Circle Z Pressure Pumping, LLC      Case No: 16-60633

Description: 2014 Ford F-150 Truck #6343
Value: Leased

Description: 2014 Ford F-150 Truck #7379
Value: Leased