**Fill in this information to identify the case:**

Debtor name  Circle Z Pressure Pumping, LLC

United States Bankruptcy Court for the:        Eastern District Of Texas

Case number (if known):  16-60633

☒ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | State of Texas<br>Comptroller of Public Accounts<br>P O Box 13528, Capitol Station<br>Austin, TX78711-3528 | | Sales Tax | Disputed | | | $777,629.30 |
| 2 | Sierra Frac Sand, LLC<br>1155 East Johnson Street<br><br>Tatum, TX75692 | | Trade Debt | | | | $760,335.62 |
| 3 | Fairmount Santrol<br>776 Centennial Drive<br><br>Ottawa, IL61350 | | Trade Debt | | | | $692,425.25 |
| 4 | Energy Products, Inc.<br>P.O. Box 9471<br><br>Tulsa, OK74157 | | Trade Debt | | | | $654,353.93 |
| 5 | Clear River America<br>12818 Murphy Road<br><br>Missouri City, TX77477 | | Trade Debt | | | | $587,338.09 |
| 6 | United Engines, LLC<br>P. O. Box 731594<br><br>Dallas, TX75373-1594 | | Trade Debt | Disputed | | | $471,477.33 |
| 7 | Rock Water Solutions<br>Benchmark Energy Products<br>See Attachment 1<br>Dallas, TX75320 | | Trade Debt | | | | $330,312.51 |
| 8 | JPF Services, LLC dba Wotel<br>P. O. Box 81162<br><br>Lafayette, LA70598 | | Trade Debt | | | | $248,880.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor: Circle Z Pressure Pumping, LLC
Case number (if known): 16-60633

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Forum US, Inc., (Flow Equipment) 5015 Highway 7 West Davis, OK 73030 | | Trade Debt | | | | $235,229.42 |
| 10 | Tim Ables Trucking Co. P. O. Box 2947 Kilgore, TX 75663 | | Trade Debt | | | | $224,915.00 |
| 11 | MG Bryan Equipment 1906 Great Southwest Parkway Grand Prairie, TX 75051 | | Trade Debt | Disputed | | | $219,145.52 |
| 12 | Strom Manufacturing Inc. 2800 Post Oak Boulevard Suite 4100 Houston, TX 77056 | | Trade Debt | | | | $187,817.88 |
| 13 | National Oilwell Varco NOI - Mission P. O. Box 200338 Dallas, TX 75320-0338 | | Trade Debt | | | | $163,961.95 |
| 14 | See Attachment 2 8801 Harmon Road Fort Worth, TX 76177 | | Trade Debt | | | | $153,626.93 |
| 15 | P & W Sales, Inc. 405 North Highway 135 Kilgore, TX 75662 | | Trade Debt | | | | $150,382.79 |
| 16 | Unimin Corporation P. O. Box 198867 Atlanta, GA 30384 | | Trade Debt | | | | $146,623.72 |
| 17 | Gardner Denver Inc. P. O. Box 955953 St. Louis, MO 63195-5953 | | Trade Debt | | | | $137,797.81 |
| 18 | See Attachment 3 1450 Lake Robbins Drive, Suite 400 The Woodlands, TX 77380 | | Trade Debt | | | | $128,530.76 |
| 19 | Ortowski Construction Co., Inc. 175 CR 131 Gainesville, TX 76240 | | Trade Debt | | | | $84,041.21 |
| 20 | P & W Iron Works 409 State Highway 135 N Kilgore, TX 75662 | | Trade Debt | | | | $78,110.52 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

# Attachment
Debtor: Circle Z Pressure Pumping, LLC     Case No: 16-60633

Attachment 1

    Department 18701
    P. O. Box 203187

Addendum 2

    a.   Industrial Diesel Manufacturing & Service, Ltd.

Addendum 3

    a.   Independence Oilfield Chemicals, LLC