**Fill in this information to identify the case:**

Debtor name: __Circle Z Pressure Pumping, LLC__

United States Bankruptcy Court for the: __Eastern District of Texas__

Case number (if known): __16-60633__

☒ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .................................................................................................................  $ __530,000.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..............................................................................................................  $ __14,749,206.82__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .................................................................................................................  $ __15,279,206.82__

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*...........  $ __14,192,333.16__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*..................................................................  $ __778,004.30__

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................................  + $ __8,786,860.59__

4. **Total liabilities** ..............................................................................................................................................  $ __23,757,198.05__
    Lines 2 + 3a + 3b

**Fill in this information to identify the case and this filing:**

Debtor Name  Circle Z Pressure Pumping, LLC

United States Bankruptcy Court for the:  Eastern District Of Texas

Case number (if known):  16-60633

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- ☒ Amended *Schedule* A/B
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  See Attachment 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/04/2016            ✗ s/David Powell, Member
            MM / DD / YYYY            Signature of individual signing on behalf of debtor

                            David Powell, Member
                            Printed name

                            Member
                            Position or relationship to debtor

Official Form B202            Declaration Under Penalty of Perjury for Non-Individual Debtors

# Attachment
Debtor: Circle Z Pressure Pumping, LLC    Case No: 16-60633

Attachment 1

    Amended Summary of Assets and Liabilities, Amended List of 20 Largest Unsecured Creditors