Eric J. Millner
State Bar No. 24041493
BOURLAND, WALL & WENZEL, P.C.
301 Commerce Street, Suite 1500
Fort Worth, Texas  76102-4115
Telephone:  817-877-1088
Telecopier:  817-877-1636
emillner@bwwlaw.com

ATTORNEY FOR INDUSTRIAL DIESEL MANUFACTURING & SERVICE, LTD.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCLE Z PRESSURE PUMPING, LLC | § | CASE NO. 16-60633 |
| | § | |
| DEBTOR | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS, AND OTHER PAPERS

   PLEASE TAKE NOTICE that Eric J. Millner and the law firm of Bourland, Wall & Wenzel, P.C., appearing on behalf of Industrial Diesel Manufacturing & Service, Ltd. ("Industrial Diesel"), hereby submit this Notice of Appearance in the above-captioned case and request notice of all hearings and conferences herein and make demand for service of all papers and filings herein, including but not limited to all papers and notices pursuant to 11 U.S.C. § 342, 11 U.S.C. § 1109(b), and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, 9010, and 9022.  All notices given or required to be given in this case shall be served upon Industrial Diesel as follows:

>    Eric J. Millner
>    Bourland, Wall & Wenzel, P.C.
>    301 Commerce Street, Suite 1500
>    Fort Worth, Texas 76102-4115
>    Telephone:  817-877-1088
>    Telecopier:  817-877-1636
>    Email: emillner@bwwlaw.com

**NOTICE OF APPEARANCE**                                                                                                       PAGE 1
339845

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, all schedules, statements of financial affairs, operating reports, plans of reorganization or disclosure statements, notices, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, courier, facsimile, email, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge in relation to the above-numbered bankruptcy action and any related adversary proceedings.

        Respectfully submitted,

        /s/ Eric J. Millner
        ERIC J. MILLNER
        State Bar No. 24041493
        emillner@bwwlaw.com
        BOURLAND, WALL & WENZEL, P.C.
        301 Commerce Street, Suite 1500
        Fort Worth, Texas  76102-4115
        Telephone:  817-877-1088
        Telecopier:  817-877-1636

        ATTORNEY FOR INDUSTRIAL DIESEL
        MANUFACTURING & SERVICE, LTD.

## **CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of the above and foregoing document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District or via U.S. first class mail to the parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the electronic filing receipt received from the U.S. Bankruptcy Court, Northern District of Texas, on this 28th day of November, 2016.

/s/ Eric J. Millner
ERIC J. MILLNER