IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCLE Z PRESSURE PUMPING, LLC | § | CASE NO. 16-60633 |
| | § | |
| DEBTOR | § | CHAPTER 7 |
| | § | |
| P. O. Box 5513 | § | |
| Longview, TX 75608 | § | |
| EIN: xx-xxx4784 | § | |

**MOTION BY TRUSTEE FOR AUTHORITY TO SELL PROPERTY
OF THE BANKRUPTCY ESTATE PURSUANT TO
11 U.S.C. §363(f) FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE_ shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

**CONTEMPORANEOUSLY WITH THE FILING OF THIS MOTION, THE TRUSTEE IS FILING A MOTION FOR EXPEDITED HEARING.**

TO THE HONORABLE BILL PARKER, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW STEPHEN J. ZAYLER, Trustee in the above-styled and numbered case, and files this Motion to Sell Property of the Bankruptcy Estate (Real Estate and Equipment) pursuant to *11 U.S.C. § 363(f)* showing the Court as follows:

1. Debtor, Circle Z Pressure Pumping, LLC owns as all or part of its bankruptcy estate, real property, equipment, cash and accounts receivable (the "Property").

1

2. As part of his administration of this estate, the Trustee has received an offer to purchase the Property of the bankruptcy estate, real property, equipment, cash and accounts receivable, more fully described and attached as Exhibit "A", for the total sum of THREE MILLION FIVE HUNDRED THOUSAND DOLLARS ($3,500,000) from David Powell ("Powell"), the former CEO and equity owner of the Debtor, or his nominee as more fully set forth below.

**Assets Purchased:**

> All equipment presently owned by Circle Z, "as-is where-is" with no warranty, express or implied and regardless of whether such equipment is in a currently operable condition.
>
> All real estate and improvements.
>
> All cash and accounts receivable, save and except a "carve out" in the amount of $350,000.00 for unsecured creditors and Chapter 7 Trustee fees, commission and expenses.
>
> Work- in- progress, if any, without interruption to jobs.
>
> All assets will be sold "free and clear" pursuant to sale pursuant to **11 U.S.C. § 363**.

Assets Not Purchased:

> Chapter 5 causes of with the exception that any potential Chapter 5 causes of action against Powell and/or any secured lender shall be released as part of the consideration for the assets purchased.
>
> Cause of action against Sanchez Engineering.
>
> Carve out of $350,000 from the cash and accounts receivable.

**Other Conditions:**

> Jobs-in-progress, if any, will be purchased/assumed by Powell pursuant to this agreement and Powell will not be required to stop work.
>
> Trustee will be authorized to disburse through an escrow agent mutually agreed upon by the parties at the time of closing, from the proceeds of the sale $3,365,000 to Austin Bank for its secured lien. Other amounts shall be considered as secured to one or more lenders on two pieces of equipment valued at approximately $60,000 pledged to Bancorp South and two pieces of equipment valued at approximately $50,000 pledged to Chad Powell. A "carve-out"

of $350,000 from the cash and accounts receivable for unsecured creditors, trustee fees, expenses and commission will be retained by the Estate.

3. Austin Bank has agreed to finance $3,365,000 of the purchase price, which the parties have stipulated is the value of the property of the estate which secures the Bank's claim (excluding the carve out of $350,000.00), on the condition that $3,365,000,.00 is paid to Austin Bank Texas, N.A. at closing from the sales proceeds in satisfaction of its secured claim against Circle Z.

4. As part of his administration of this Estate, the Trustee received numerous inquiries from a substantial pool of persons and entities unrelated to the potential buyer who were interested in the Property after reviewing the posting of the assets on several bankruptcy networks. Information has been provided to these upon request, along with a copy of this application.

5. Prior to conversion of the case on December 28, 2017, stays were lifted on virtually all the assets of the Debtor. Austin Bank, the largest secured creditor and first lienholder, obtained relief from the stay (Dkt. # 67) on all the remaining assets under its secured lien and numerous items of equipment were repossessed and sold by the bank under its loan documents, with the cooperation and assistance of Powell. During the course of the Chapter 11 proceedings, the bank reached an arrangement with the Debtor in Possession to continue to use some of the remaining equipment in an effort to complete its reorganization, or at a minimum, preserve the bank's collateral value and its pending pre-petition interest and post petition security interest in cash and accounts receivable, pending recovery and collection after entry of the cash collateral order on November 9, 2016 (Dkt #35).

6. Some of the smaller creditors sold their collateral by Court Order, i.e. Community Bank (Dkt.# 66), Enterprise Fleet Services (Dkt.# 82) and Bancorp South (Dkt. # 109) or upon lifting of the stay.

7. Upon information and belief, the amount of $3,500,000 is a good and fair price for the property described in Exhibit "A", considering today's market values and the condition of the property based on available information. Upon examination and evaluation of the equipment and current market values and the consideration of recovery in liquidation by auction and collectability of accounts

3

receivable, it is the opinion of the parties the value is less than the secured lien. The proposed buyer, Austin Bank and the Trustee, after a diligent review, have determined that on an asset over liability basis there is no equity for junior lienholders or general unsecured creditors. However, a primary condition of the purchase as well as the financing is that the assets be acquired with jobs in progress, if any, continuing so that significant current receivables not be lost or forfeited. The parties agree that the assets are worth more and better preserve their value in this manner.

8. The Debtor provides pressure pumping equipment and services to the oil and gas exploration industry on an on-call, as requested basis. There are no existing contracts, and if the Debtor is unable to perform or complete any particular job (usually about 10 to 20 days), then the operator will simply and quickly replace it.

9. Release of potential Chapter 5 avoidance actions and other claims and causes of action. As part of the consideration of this Agreement, the Trustee shall release any potential Chapter 5 avoidance actions the Estate may have against David Powell and David Chad Powell, as well as all secured lenders identified in this case. The Trustee shall release Austin Bank from any and all claims and causes of action, regardless of whether the claim or cause of action arises under Chapter 5 of the Bankruptcy Code. After conducting a review of the Debtor's finances, the Trustee has determined that based upon the disclosures in the SOFA, there exists (at least potentially without accounting for defenses) a possible avoidance action(s) against David Powell in the amount in excess of $100,000 and against David Chad Powell in excess of $10,000. The Trustee has not identified any potential avoidance actions or any other claims or causes of action against any secured lender.

10. The Trustee has investigated the Buyer and independently verified the financing with the lender. The Trustee is satisfied the Buyer is willing and able to close.

11. The Trustee desires to accept the offer and sell the above referenced property to David Powell or his nominee, for the agreed consideration, in accordance with ***11 U.S.C. § 363(f)(2)(3) and (5)***, free and clear of all liens and encumbrances; provided that liens shall be paid from the proceeds of sale as set forth in this motion.

12. This is a sale "as is, where is", without warranty for the described property. Buyer agrees to indemnify the Bankruptcy Estate of Circle Z Pressure Pumping, LLC and its Trustee for any loss or damage to property of the estate from the date of conversion until closing of the sale.

13. The Parties shall enter into a Purchase Agreement stipulating the conditions as outlined above in a form acceptable to the Trustee and the bank.

14. The Trustee is filing contemporaneously with this motion a request that the Court set the hearing on this Motion on less than twenty-one (21) days notice for a date and time available on the Court's docket.

WHEREFORE, PREMISES CONSIDERED, the Trustee requests this Court to enter an Order approving the sale of the Property, as described above, for the total sum of $3,500,000 to David Powell and/or his nominee in accordance with the terms and conditions set forth herein and that he have any and other further relief as deemed necessary to complete the sale.

Respectfully submitted,

/s/ Stephen J. Zayler
Stephen J. Zayler, Trustee
State Bar No. 22251800
P. O. Box 150743
123 E. Lufkin Avenue
Lufkin, Texas 75915-0743
Phone: (409) 634-1020
Fax:    (409) 634-1050
zayler@suddenlinkmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of February, 2018, a true and correct copy of the foregoing instrument was served on the attached matrix, by electronic means if available or by depositing the same in the U.S. Mail.

/s/ Stephen Zayler
Stephen Zayler

```
Label Matrix for local noticing          A & R Enterprises Inc.                   APPCO-NOV
0540-6                                    P.O. Box 2000                            442 North W. W. White Road
Case 16-60633                             Kilgore, TX 75663-2000                   San Antonio, TX 78219-2811
Eastern District of Texas
Tyler
Thu Feb  8 16:32:16 CST 2018

ARAMARK Uniform & Career Apparel, LLC     Acme Truck Line Inc                      Allstar Fuel
c/o Sheila R. Schwager                    P o Box 183                              P. O. Box 100
Hawley Troxell Ennis & Hawley, LLP        Harvey LA 70059-0183                     Plainview, TX 79073-0100
P O Box 1617
Boise ID 83701-1617


Allstate Benefits                         American Communications Answering Service  American Express
American Heritage Life Insurance Company  1397 FM 1252 East                        P. O. Box 650448
P. O. Box 650514                          Kilgore, TX 75662-4920                   Dallas, TX 75265-0448
Dallas, TX 75265-0514



American Express Travel Related Services Com   Amerifrac LLC                      Applied Energy Company
Inc                                       19830 Lantern Village Lane               1205 Venture Court Suite 100
c/o Becket and Lee LLP                    Katy, TX 77450-6684                      Carrollton, TX 75006-5491
PO Box 3001
Malvern  PA 19355-0701


Aramark                                   Austin Bank                              Austin Bank Texas, N.A.
AUS Central Lockbox                       911 NW Loop 281                          c/o Glen Patrick
P. O. Box 731676                          Longview, TX 75604-2907                  McNally & Patrick, LLP
Dallas, TX 75373-1676                                                              100 E. Ferguson, Ste 400
                                                                                   Tyler, TX 75702-5758


Automotive Super Center                   Bancorp South                            BancorpSouth Bank
48 North Eastman Road                     3120 HG Moseley Parkway                  315 Settlers Trace Blvd.
Longview, TX 75601                        Longview, TX 75605-2941                  Lafayette, LA 70508-6061



Basic Energy Services                     Tab Beall                                Berkley Insurance Company
5209 Estes Parkway                        Perdue Brandon Fielder Collins & Mott    P O Box 204847
Longview, TX 75603-9449                   PO Box 2007                              Dallas, TX 75320-4847
                                          Tyler, TX 75710-2007


Burl's Collision Center, Inc.             Burrows R&H Machine                      C. Liles Trucking Co., Inc.
1207 North Frisco Street                  P. O. Box 8606                           P. O. Box 407
Henderson, TX 75652-6923                  Longview, TX 75607-8606                  Tatum, TX 75691-0407



CIGNA Health & Life Ins.Co.               Certified Laboratories                   Chemplex Solvay Group
900 Cottage Grove Rd, B6LPA               2727 Chemsearch Blvd 4 South             P. O. Box 733133
Hartford CT 06152-0001                    Irving TX 75062-6454                     Dallas, TX 75373-3133



Chemtex Industrial Inc.                   Circle Z Pressure Pumping, LLC           Clear River America
P. O. Box 6964                            P. O. Box 5513                           12818 Murphy Road
Longview, TX 75608-6964                   Longview, TX 75608-5513                  Missouri City, TX 77477-3902
```

Community Bank
c/o Glen Patrick
McNally & Patrick, LLP
100 E. Ferguson, Ste 400
Tyler, TX 75702-5758

Community Bank
700 West Main Street
Hallsville, TX 75650

Completion Trailers
2000 FM Road 3135 E
Henderson, tX 75652

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin TX  78711-2548

Cooper Natural Resources, Inc.
Energy Services Group
Department 2494
Tulsa, OK 74182-0001

Cummins Southern Plains
P. O. Box 910509
Dallas, TX 75391-0509

D & C Cleaning Inc.
2175 State Highway 149
Carthage, TX 75633-6850

DFW Communications Inc.
P O Box 226467
Dallas, TX 75222-6467

DFW Heavy Duty Parts
728 111th Street
Arlington, TX 76011-7617

DISA Global Solutions, INC.
12600 Northborough Dr.
Houston, TX 77067-3200

Dallas, TX 75312-0314
Downhole Chemical Solutions, LLC
2770 Main Street #161
Frisco, TX 75033-4382

David Chad Powell
P. O. Box 5513
Longview, TX 75608-5513

David Gene Powell
P. O. Box 5513
Longview, TX 75608-5513

East Texas Mack Sales, LLC
2934 Highway 31 North
P. O. Box 2867
Longview, TX 75606-2867

Glenn Ellis
Clear River America Industries, Inc.
12818 Murphy Rd
Stafford, TX 77477-3902

Energy Products LLC
c/o John Richer
320 South Boston Avenue
Suite 200
Tulsa, OK 74103-3705

Energy Products, Inc.
P.O. Box 9471
Tulsa, OK 74157-0471

Energy Products, LLC d/b/a Energy Products,
c/o John T. Richer, Esq.
Hall, Estill, et al.
320 South Boston Avenue
Suite 200
Tulsa, OK 74103-3705

Enterprise Fleet Management Inc
1420 W Mockingbird Lane Ste3 640
Dallas TX 75247-4995

Enterprise Fleet Services
c/o George A. Kurisky, Jr.
Johnson Finkel Deluca & Kennedy, PC
1331 Lamar, Ste. 1080
Houston, TX 77010-3110

FMC Technologies
1740 Callahan Road
Longview, TX 75602-7212

Fairmount Santrol
776 Centennial Drive
Ottawa, IL 61350-1002

Finoric LLC
8115 Loop 540Beasley, TX 77417

Fleetprice
P. O. Box 847118
Dallas, TX 5,529. 75284-7118

Flow Measurement & Controls
267 Lake Harris Circle, Suite 104
White Oak, TX 75693-2371

Forum US, Inc. (FLow Equipment)
P. O. Box 203325
Dallas, TX 75320-3325

Freight Tec Management Group
P. O. Box 1349
Bountiful, UT 84011-1349

Peter Fruge
JFP Services, LLC
P O Box 81162
Lafayette, LA 70598-1162

GCR Longview Truck Tire Center
P. O. Box 910530
Denver, CO 80291-0530

GSI Gulfstream
3200 State Highway 135 North
Kilgore, TX 75662-9138

| | | |
|---|---|---|
| Gardner Denver Inc.<br>P. O. Box 955953<br>St. Louis, MO 63195-5953 | Gardner Denver Petroleum Pumps LLC<br>c/o Ted Niemann<br>525 Jersey St<br>Quincy IL 62301-3926 | Michael E. Gazette<br>100 East Ferguson Street<br>Ste. 1000<br>Tyler, TX 75702-5706 |
| Gene Powell<br>P. O. Box 5513<br>Longview, TX 75608-5513 | Good Shepherd Occupational Medicine<br>409 North 6th Street<br>Lonvgview, TX 75601-6536 | Gregg County<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Laurie Spindler Huffman<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Gregg County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Lauire Spindler Huffman<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, Texas 75207-2328 | Hudson Graphics Inc.<br>P. O. Box 7010<br>Longview, TX 75607-7010 | Hydradyne, LLC<br>P. O. Box 974799<br>Dallas, TX 75397-4799 |
| Independence Oilfield Chemicals, LLC<br>1450 Lake Robbins Drive, Suite 400<br>The Woodlands, TX 77380-3263 | Industrial Diesel Manufacturing & Svc.<br>301 Commerce St Ste 1500<br>Ft Worth TX 76102-4115 | Industrial Diesel, Inc.<br>301 Commerce St Ste 1500<br>Ft Worth TX 76102-4115 |
| Internal Revenue Service<br>Special Procedures Branch<br>1100 Commerce<br>Dallas, TX 75242-1100 | Interstate Billing Service<br>P.O. Box 2250<br>Decatur, AL 35609-2250<br>Attn: Whitney Marsh | Isaac's Wrecker Service<br>13452 FM 206<br>Tyler, TX 75709-5107 |
| J and J Enterprises<br>418 Pecan Street<br>Gilmer, TX 75644-1635 | JPF Services, LLC dba Wotel<br>P. O. Box 81162<br>Lafayette, LA 70598-1162 | Jerry's Wrecker Service<br>110 Highway 43 North<br>Henderson, TX 75652 |
| Heather H. Jobe<br>Bell Nunnaly & Martin LLP<br>3232 McKinney Ave., Suite 1400<br>Dallas, TX 75204-7422 | John Ben Rogers<br>913 West Loop 281, Suite 118<br>Longview, TX 75604-2929 | K & C Hose and Supply<br>P. O. Box 5513<br>Longview, TX 75608-5513 |
| Patrick Kelley<br>Ireland, Carroll, & Kelley<br>6101 South Broadway<br>Suite 500<br>Tyler, TX 75703-4408 | Kerr Pumps<br>P O Box 735<br>Sulphur  OK 73086-0735 | Kilgore Hose & Specialty Warehouse, LLC<br>3103 Highway 135 North, Bldg. 1<br>Kilgore, TX 75662 |
| La Quinta Inn #05882600<br>South Ruth Street<br>Sulphur, LA 70663 | La Quinta Inns and Suites Hattiesburg<br>109 Lundy Lane<br>Hattiesburg, MS 39401-6602 | Scott Richard Larson<br>Bell Nunnally & Martin LLP<br>3232 McKinney Ave., Ste. 1400<br>Dallas, TX 75204-7422 |
| Lone Star Radiator Co., Inc.<br>1227 Basse Road<br>San Antonio, TX 78212-1007 | MG Bryan Equipment<br>1906 Great Southwest Parkway<br>Grand Prairie, TX 75051-3503 | Mabe Weldingc/o Terry Lynn Mabe<br>SB-51 Lake Cherokee<br>Tatum, TX 75691-3288 |

| | | |
|---|---|---|
| Master Pumps & Power<br>P. O. Box 1778<br>Grapevine TX 76099-1778 | Matheson Tri-Gas, Inc.<br>Department 3028<br>P. O. Box 123028<br>Dallas, TX 75312-3028 | William L. Medford<br>Lewis Brisbois Bisgaard & Smith<br>2100 Ross Ave., Suite 2000<br>Dallas, TX 75201-2719 |
| Michael Clayton Powell<br>P. O. Box 5513<br>Longview, TX 75608-5513 | Eric J. Millner<br>Bourland, Wall & Wenzel, P.C.<br>301 Commerce St., Ste 1500<br>Ft. Worth, TX 76102-4115 | Mobile Modular<br>P. O. Box 45043<br>San Francisco, CA 94145-5043 |
| Mobile Modular Management Corp<br>Niel Bansraj<br>5700 Las Positas Rd<br>Livermore CA 94551-7806 | Moore's Retread and Tire-51<br>15275 FM 968 West<br>Longview, TX 75602-7355 | NAPA Auto Parts<br>JEK Automotive Supply, Inc.<br>285 East Johnson Street<br>Tatum, TX 75691-1914 |
| National Oilwell Varco<br>NOI -Mission<br>P. O. Box 200338<br>Dallas, TX 75320-0338 | National Oilwell Varco, L.P.<br>7909 Parkwood Circle Drive<br>Houston TX 77036-6757 | Nolvie Eugene Powell<br>P O Box 5513<br>Longview TX 75608-5513 |
| OMI Environmental Solutions<br>Department 2307<br>P. O. Box 11407<br>Birmingham, AL 35246-0100 | Odessa Pumps & Equipment<br>P. O. Box 60429<br>Midland, TX 79711-0429 | Oil States Energy Services LLC<br>2229 San Felipe, Ste 1000<br>Houston TX 77019-5648 |
| Ortowski Construction Co., Inc.<br>175 CR 131<br>Gainesville, TX 76240-7043 | P & W Iron Works<br>409 State Highway 135 N<br>Kilgore, TX 75662-2450 | P & W Sales, Inc.<br>405 North Highway 135<br>Kilgore, TX 75662 |
| PMI Pump Parts<br>178 Bearcat Road<br>Aledo, TX 76008-3154 | Panola County<br>c/o Tab Beall<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | Panola County, Texas<br>c/o Debbie Crawford,<br>Tax Assessor Collector<br>110 South Sycamore, Room 211<br>Carthage, TX 75633-2543 |
| Glen E. Patrick<br>McNally & Patrick, LLP<br>100 E Ferguson Street<br>Ste 400<br>Tyler, TX 75702-5758 | Pegues-Hurst Motor Company<br>P. O. Box 3686<br>Longview, TX 75606-3686 | Penn Transport<br>6891 Patrick Lane<br>Shreveport, LA 71129-9415 |
| Platinum Collision Center of Marshall<br>1007 East End Boulevard North<br>Marshall, TX 75670-2111 | David Powell<br>Longview, TX | Powell Family Royalty<br>P. O. Box 5513<br>Longview, TX 75608-5513 |
| Precision Additives Inc<br>5230 Brittmoore Rd<br>Houston TX 77041-7108 | Preferred Resin Sales, LLC<br>1 Radnor Corp Center<br>100 Matsonford Rd., 101<br>Radnor, PA 19087-4558 | Preferred Sands<br>One Radnor Corporate Center<br>100 MatsonFord Road, Suite 101<br>Radnor, PA 19087-4569 |

| | | |
|---|---|---|
| Premier Fleet Services<br>1012 San Pedro<br>San Antonio, TX 78212-5438 | Principle Financial PLIC-SBD Grand Island<br>P. O. Box 10372<br>Des Moines, IA 50306-0372 | Purchase Power<br>P. O. Box 371874<br>Pittsburgh, PA 15250-7874 |
| Reagent Chemical & Research, Inc.<br>P.O. Box 416228<br>Boston, MA 02241-6228 | Redzone Coil Tubing, LLC<br>701 North First Street, Suite 190<br>Lufkin, TX 75901-3057 | Republic Services #70<br>P. O. Box 78829<br>Phoenix, AZ 85062-8829 |
| John T. Richer<br>Hall Estill Attorneys At Law<br>320 South Boston Svenue, Suite 200<br>Tulsa, OK 74103-3705 | Rock Water Solutions<br>Benchmark Energy Products<br>Department 18701<br>P. O. Box 203187<br>Dallas, TX 75320-3187 | Rolligon -NOV, L.P.<br>P. O. Box 202154<br>Dallas, TX 75320-2154 |
| Rusk County<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Laurie Spindler Huffman<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Rusk County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Lauire Spindler Huffman<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, Texas 75207-2328 | Rusk County, Texas<br>c/o Lanita Whitehead, Tax Assessor Colle<br>P. O. Box 988<br>Henderson, TX 75653-0988 |
| Russell Electric<br>344 West Cotton Street<br>Longview, TX 75601-6222 | SPM Flow Control, Inc.<br>601 Weir Way<br>Fort Worth, TX 76108-2508 | STROM MANUFACTURING INC.<br>c/o S. SCOTT WEST, LAWYER (PRO HAC VICE<br>1600 HIGHWAY SIX, SUITE 450<br>SUGAR LAND, TEXAS 77478-4920 |
| Joshua P. Searcy<br>Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 | Shale Flow Specialties<br>300 Marvin A. Smith Drive<br>Kilgore, TX 75662-5382 | Sierra Frac Sand, LLC<br>1155 E. Johnson Street<br>Tatum, TX 75691-1908 |
| Sierra Frac Sand, LLC<br>1155 East Johnson Street<br>Tatum, TX 75691-1908 | Skycaters, LLC<br>P. O. Box 75528<br>Cleveland, OH 44101-4200 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Jason Starks<br>300 West 15th St., 8th Floor<br>Austin, TX 78701-1649 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Stewart & Stevenson<br>4935 Whitehurst Drive<br>Longview, TX 75602-6689 |
| Sun Source<br>P. O. Box 730698<br>Dallas, TX 75373-0698 | Superior Fleet Service, Inc.<br>P. O. Box 5516<br>Tyler, TX '75712 | Supreme Service & Specialty Co., Inc<br>204 Industrial Ave C<br>Houma LA 70363-3900 |
| TIFCO Industries<br>P. O. Box 40277<br>Houston, TX 77240-0277 | Tavo's Automotive<br>802 Veterans Avenue<br>Crystal City, TX 78839-3903 | Texas Air Hydraulic<br>P. O. Box 2785<br>Longview, TX 75606-2785 |

| | | |
|---|---|---|
| Texas Comptroller of Public Accounts and Tex<br>Jason Starks<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Flood, LLP<br>P. O. Box 5513<br>Longview, TX 75608-5513 | The Sherwin-Williams Company<br>11112 FM 349<br>Longview, TX 75603-7022 |
| Thermo Process Instruments, L.P.<br>P. O. Box 742770<br>Atlanta, GA 30374-2770 | Tim Ables Trucking Co.<br>P. O. Box 2947<br>Kilgore, TX 75663-2947 | Top Line Rental, LLC<br>P. O. Box 2290<br>Henderson, TX 75653-2290 |
| Total Legendary Catering<br>316 Iris Drive<br>White Oak, TX 75693-2721 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| US Trustee<br>110 N. College Ave<br>Suite 300<br>Tyler, TX 75702-7231 | Unimin Corporation<br>P. O. Box 198867<br>Atlanta, GA 30384-8867 | United Engines, LLC<br>3232 McKinney Ave., Suite 1400<br>Dallas, TX 75204-7422 |
| United Healthcare<br>P O Box 959782<br>St Louis, MO 63195-4571 | United Vision Logistics<br>P. O. Box 81008<br>Lafayette LA 70598-1008 | UnitedHealthcare Insurance Company<br>c/o William L. Medford<br>Lewis Brisbois Bisgaard & Smith, LLP<br>2100 Ross Avenue<br>Suite 2000<br>Dalas, TX 75201-2719 |
| John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Velvin Oil Co., Inc.<br>Petroleum Products<br>P. O. Box 993<br>Henderson, TX 75653-0993 | S. Scott West<br>1600 Highway Six, Suite 450<br>Sugar Land, TX 77478-4920 |
| S. Scott West<br>The West Law Firm<br>1600 Highway Six<br>Suite 459<br>Sugar Land, TX 77478-4923 | Western Marketing, Inc.<br>P. O. Box 993<br>Dallas, TX 75267-7422 | Wex Bank<br>7090 South Union Park Avenue Suite 350<br>Midvale, UT 84047-6023 |
| Will's Pump Repair<br>P. O. Box 1032<br>Henderson, TX 75653-1032 | Jeffrey C. Wisler<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801-1054 | Stephen J. Zayler<br>123 E. Lufkin Avenue<br>PO Box 150743<br>Lufkin, TX 75915-0743 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State of Texas
Comptroller of Public Accounts
P O Box 13528, Capitol Station
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Austin Bank Texas, N.A.<br>c/o Glen Patrick<br>McNally & Patrick, LLP<br>100 E. Ferguson, Ste 400<br>Tyler, TX 75702-5758 | (d)Bancorpsouth Bank<br>315 Settlers Trace Blvd.<br>Lafayette, LA 70508-6061 | (u)Cigna Health and Life Insurance Company |
| (d)Community Bank<br>c/o Glen Patrick<br>McNally & Patrick, LLP<br>100 E. Ferguson, Ste 400<br>Tyler, TX 75702-5758 | (u)DISA, Inc.<br>Department 890314<br>P. O. Box 120314 | (u)Industrial Diesel Manufacturing & Service, |
| (u)Industrial Diesel, Inc. | (d)Panola County<br>c/o Tab Beall<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | (d)Sierra Frac Sand, LLC<br>1155 E. Johnson Street<br>Tatum, TX 75691-1908 |
| (d)Stephen J. Zayler<br>123 E. Lufkin Avenue<br>PO Box 150743<br>Lufkin, TX 75915-0743 | End of Label Matrix<br>Mailable recipients 173<br>Bypassed recipients 10<br>Total 183 | |

Bobby Bearden
3132 Hwy 31 N.
Longview, TX  75603

Oak Point Partners
Alicia E. Den Beste
925 Woodsmith Lane
Johns Creek, GA 30097