# UNITED STATES BANKRUPTCY COURT
## EASTERN **DISTRICT OF** TEXAS
## TYLER **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CIRCLE Z PRESSURE PUMPING, LLC | § | Case No. 16-60633 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Stephen J. Zayler, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  4,713,655.49 | Claims Discharged Without Payment:  8,585,424.01 |
| Total Expenses of Administration:  236,344.51 | |

3) Total gross receipts of $ 4,950,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 4,950,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 21,906,000.20 | $ 21,906,000.20 | $ 4,550,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 213,112.59 | 213,112.59 | 213,112.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 23,231.92 | 23,231.92 | 23,231.92 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 222,679.17 | 222,679.17 | 163,655.49 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,121.98 | 5,704,597.98 | 5,375,597.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 14,121.98 | $ 28,069,621.86 | $ 27,740,621.86 | $ 4,950,000.00 |

4)  This case was originally filed under chapter 11 on  10/11/2016 , and it was converted to chapter 7 on  12/28/2017 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/18/2019                         By:/s/Stephen J. Zayler

                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 4,950,000.00 |
| TOTAL GROSS RECEIPTS | | $4,950,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000037 | AUSTIN BANK TEXAS, N.A. | 4110-000 | NA | 168,308.44 | 168,308.44 | 0.00 |
| 000039 | AUSTIN BANK TEXAS, N.A. | 4110-000 | NA | 501,614.58 | 501,614.58 | 0.00 |
| 000041 | AUSTIN BANK TEXAS, N.A. | 4110-000 | NA | 1,301,691.09 | 1,301,691.09 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000050 | AUSTIN BANK TEXAS, N.A. | 4110-000 | NA | 251,614.53 | 251,614.53 | 0.00 |
| 000038 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 998,752.92 | 998,752.92 | 0.00 |
| 000040 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 1,375,366.06 | 1,375,366.06 | 0.00 |
| 000042 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 4,948,115.19 | 4,948,115.19 | 0.00 |
| 000043 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 23,616.91 | 23,616.91 | 0.00 |
| 000044 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 61,969.18 | 61,969.18 | 0.00 |
| 000045 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 200,571.73 | 200,571.73 | 0.00 |
| 000046 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 50,183.54 | 50,183.54 | 0.00 |
| 000047 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 100,249.64 | 100,249.64 | 0.00 |
| 000048 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 50,163.37 | 50,163.37 | 0.00 |
| 000049 | AUSTIN BANK TEXAS, N.A. | 4210-000 | NA | 100,215.11 | 100,215.11 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AUSTIN BANK, N.A. | 4210-000 | NA | 4,430,340.05 | 4,430,340.05 | 4,430,340.05 |
| | BANCORP SOUTH BANK | 4210-000 | NA | 60,000.00 | 60,000.00 | 60,000.00 |
| 000051 | BANCORPSOUTH BANK | 4210-000 | NA | 269,218.25 | 269,218.25 | 0.00 |
| 000052 | BANCORPSOUTH BANK | 4210-000 | NA | 325,970.07 | 325,970.07 | 0.00 |
| 000053 | BANCORPSOUTH BANK | 4210-000 | NA | 324,052.42 | 324,052.42 | 0.00 |
| 000054 | BANCORPSOUTH BANK | 4210-000 | NA | 324,052.42 | 324,052.42 | 0.00 |
| | CHAD POWELL | 4210-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| 000034 | COMMUNITY BANK | 4210-000 | NA | 1,445,555.71 | 1,445,555.71 | 0.00 |
| 000035 | COMMUNITY BANK | 4210-000 | NA | 576,685.91 | 576,685.91 | 0.00 |
| 000060 | DAVID GENE POWELL | 4210-000 | NA | 610,000.00 | 610,000.00 | 0.00 |
| 000059A | NOLVIE EUGENE POWELL | 4210-000 | NA | 3,000,000.00 | 3,000,000.00 | 0.00 |
| 000006 | GREGG COUNTY | 4700-000 | NA | 1,735.88 | 1,735.88 | 0.00 |
| 000067 | GREGG COUNTY | 4700-000 | NA | 1,735.88 | 1,735.88 | 0.00 |
| | GREGG COUNTY TAX ASSESSOR/COLLECTOR | 4700-000 | NA | 413.46 | 413.46 | 413.46 |
| 000002 | PANOLA COUNTY | 4700-000 | NA | 111,578.82 | 111,578.82 | 0.00 |
| | PANOLA COUNTY TAX ASSESSOR COLLECTO | 4700-000 | NA | 3,826.05 | 3,826.05 | 3,826.05 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | RUSK COUNTY | 4700-000 | NA | 174,599.67 | 174,599.67 | 0.00 |
| 000068 | RUSK COUNTY | 4700-000 | NA | 58,382.88 | 58,382.88 | 0.00 |
| | RUSK COUNTY TAX ASSESSOR COLLECTOR | 4700-000 | NA | 5,166.38 | 5,166.38 | 5,166.38 |
| | RUSK COUNTY TAX ASSESSOR/COLLECTOR | 4700-000 | NA | 254.06 | 254.06 | 254.06 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 21,906,000.20 | $ 21,906,000.20 | $ 4,550,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:STEPHEN J. ZAYLER | 2100-000 | NA | 171,750.00 | 171,750.00 | 171,750.00 |
| TRUSTEE EXPENSES:STEPHEN J. ZAYLER | 2200-000 | NA | 864.83 | 864.83 | 864.83 |
| GEORGE ADAMS AND COMPANY INS. AGY, | 2300-000 | NA | 600.00 | 600.00 | 600.00 |
| GEORGE ADAMS AND COMPANY INS. AGY.. | 2300-000 | NA | 600.00 | 600.00 | 600.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 4,594.46 | 4,594.46 | 4,594.46 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATE BANKRUPTCY COURT | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| US TRUSTEE | 2950-000 | NA | 10,400.00 | 10,400.00 | 10,400.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):STEPHEN J. ZAYLER | 3110-000 | NA | 21,060.00 | 21,060.00 | 21,060.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):STEPHEN J. ZAYLER | 3120-000 | NA | 962.30 | 962.30 | 962.30 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):SANDRA D. SORRELL | 3310-000 | NA | 1,050.00 | 1,050.00 | 1,050.00 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):SANDRA D. SORRELL, CPA | 3310-000 | NA | 1,050.00 | 1,050.00 | 1,050.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 213,112.59 | $ 213,112.59 | $ 213,112.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OTHER PRIOR CHAPTER PROFESSIONAL FEES: MICHAEL E. GAZETTE | 6700-000 | NA | 18,300.00 | 18,300.00 | 18,300.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OTHER PRIOR CHAPTER PROFESSIONAL FEES: MICHAEL E. GAZETTE | 6710-000 | NA | 4,931.92 | 4,931.92 | 4,931.92 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 23,231.92 | $ 23,231.92 | $ 23,231.92 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A & R Enterprises, Inc. P. O. box 2000 Kilgore, TX   75663 | | 0.00 | NA | NA | 0.00 |
| | APPCO-NOV 442 North W. W. White Road San Antonio, TX   7829 | | 0.00 | NA | NA | 0.00 |
| | Allstar Fuel P. O. Box 100 Plainview, TX   79073-0100 | | 0.00 | NA | NA | 0.00 |
| | Allstate Benefits American Heritage Life Ins. Co. P. O. Box 650514 Dallas, TX   75265-0514 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Communications Answering Service 1397 FM 1252 Kilgore, TX  75662 | | 0.00 | NA | NA | 0.00 |
| | American Express P. O. box 650448 Dallas, TX  75265-0448 | | 0.00 | NA | NA | 0.00 |
| | Amerifrac LLC 19830 Lantern Village Lane Katy, TX  77450 | | 0.00 | NA | NA | 0.00 |
| | Applied Energy Company 1205 Venture Court Suite 100 Carrollton, TX  75006 | | 0.00 | NA | NA | 0.00 |
| | Aramark AUS Central Lockbox P. O. Box 731676 Dallas, TX  75373 | | 0.00 | NA | NA | 0.00 |
| | Automotive Super Center 48 North Eastman Road Longview, TX  75601 | | 0.00 | NA | NA | 0.00 |
| | Basic Energy Services 5209 Estes Parkway Longview, TX  75603 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Berkley Insurance Company P. O. Box 204847 Dallas, TX  75320-4847 | | 0.00 | NA | NA | 0.00 |
| | Burl's Collision Center, Inc. 1207 North Frisco Street Henderson, TX  75652 | | 0.00 | NA | NA | 0.00 |
| | Burrows R & H Machine P. O. Box 8606 Longview, TX  75607 | | 0.00 | NA | NA | 0.00 |
| | C. Liles Trucking Co., Inc. P. O. Box 407 Tatum, TX  75691-0407 | | 0.00 | NA | NA | 0.00 |
| | CIGNA Insurance 1640 Dallas Parkway Plano, TX  75093 | | 0.00 | NA | NA | 0.00 |
| | Certified loaboratories P. O. Box 971269 Dallas, TX  75397-12569 | | 0.00 | NA | NA | 0.00 |
| | Chemplex Solvay Group P. O. Box 733133 Dallas, TX  75373-3133 | | 0.00 | NA | NA | 0.00 |
| | Chemtex Industrial, Inc. P. O. Box 6964 Longview, TX  75608 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clear River America<br>12818 Murphy road<br>Missouri City, TX   77477 | | 0.00 | NA | NA | 0.00 |
| | Community Bank<br>700 West Main Street<br>Hallsville, TX  75650 | | 0.00 | NA | NA | 0.00 |
| | Completion Trailers<br>2000 FM Road 3135 E<br>Henderson, TX   75652 | | 0.00 | NA | NA | 0.00 |
| | Cummins Southern Plains<br>P. O. Box 910509<br>Dallas, TX   75391-0509 | | 0.00 | NA | NA | 0.00 |
| | D & C Cleaning, Inc.<br>2175 State Hwy 149<br>Carthage, TX   75633 | | 0.00 | NA | NA | 0.00 |
| | DFW Communications, Inc.<br>P. O. Box 226467<br>Dallas, TX   75222-6467 | | 0.00 | NA | NA | 0.00 |
| | DFW Heavy Duty Parts<br>728 111th Street<br>Arlington, TX   76011 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DISA, Inc. Department 890314 P. O .Box 120314 Dallas, TX  75312-0314 | | 0.00 | NA | NA | 0.00 |
| | David Chad Powell P. O. Box 5513 Longview, TX  75608 | | 0.00 | NA | NA | 0.00 |
| | David Gene Powell P. O. Box 5513 Longview, TX  75608 | | 0.00 | NA | NA | 0.00 |
| | Downhole Chemical Solutions, LLC 2770 Main Street #161 Frisco, TX  75033 | | 0.00 | NA | NA | 0.00 |
| | East Texas Mack Sales, LLC 2934 Hwy 31 North P. O. Box 2867 Longview, TX  75606 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Dallas, TX  75245 | | 0.00 | NA | NA | 0.00 |
| | State of Texas Austin, TX  78711-3528 | | 0.00 | NA | NA | 0.00 |
| 000029 | CIGNA HEALTH & LIFE INS.CO. | 5400-000 | NA | 56,970.74 | 56,970.74 | 41,869.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000063A | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | NA | 20,886.15 | 20,886.15 | 15,350.04 |
| 000064 | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | NA | 6,378.93 | 6,378.93 | 4,688.12 |
| 000065A | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | NA | 133,443.35 | 133,443.35 | 98,072.65 |
| 000072 | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | NA | 5,000.00 | 5,000.00 | 3,674.69 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 222,679.17 | $ 222,679.17 | $ 163,655.49 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | ACME TRUCK LINE INC | 7100-000 | NA | 11,077.00 | 11,077.00 | 0.00 |
| 000022 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 55,463.63 | 55,463.63 | 0.00 |
| 000020 | AMERIFRAC LLC | 7100-000 | NA | 84,187.25 | 84,187.25 | 0.00 |
| 000033 | ARAMARK UNIFORM & CAREER APPAREL, L | 7100-000 | NA | 4,186.65 | 4,186.65 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | CERTIFIED LABORATORIES | 7100-000 | NA | 116,923.05 | 116,923.05 | 0.00 |
| 000063B | COMPTROLLER OF PUBLIC ACCOUNTS | 7100-000 | 1,839.63 | 1,839.63 | 1,839.63 | 0.00 |
| 000065B | COMPTROLLER OF PUBLIC ACCOUNTS | 7100-000 | 12,282.35 | 12,282.35 | 12,282.35 | 0.00 |
| 000058A | DAVID CHAD POWELL | 7100-000 | NA | 360,000.00 | 100,000.00 | 0.00 |
| 000073 | DAVID CHAD POWELL | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 000074 | DAVID GENE POWELL | 7100-000 | NA | 610,000.00 | 610,000.00 | 0.00 |
| 000028 | DISA GLOBAL SOLUTIONS, INC. | 7100-000 | NA | 1,774.45 | 1,774.45 | 0.00 |
| 000016 | ENERGY PRODUCTS LLC | 7100-000 | NA | 654,353.93 | 654,353.93 | 0.00 |
| 000030 | ENTERPRISE FLEET MANAGEMENT INC | 7100-000 | NA | 43,558.14 | 43,558.14 | 0.00 |
| 000026 | FINORIC LLC | 7100-000 | NA | 17,869.00 | 17,869.00 | 0.00 |
| 000009 | FLOW MEASUREMENT & CONTROLS | 7100-000 | NA | 1,915.09 | 1,915.09 | 0.00 |
| 000070 | FRED GARRISON OIL COMPANY | 7100-000 | NA | 71,251.45 | 71,251.45 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000071 | FREIGHT TEC MANAGEMENT GROUP | 7100-000 | NA | 20,400.00 | 20,400.00 | 0.00 |
| 000031 | GARDNER DENVER PETROLEUM PUMPS LLC | 7100-000 | NA | 172,955.87 | 172,955.87 | 0.00 |
| 000056 | INDUSTRIAL DIESEL MANUFACTURING & S | 7100-000 | NA | 155,234.45 | 155,234.45 | 0.00 |
| 000055 | INDUSTRIAL DIESEL, INC. | 7100-000 | NA | 44,329.75 | 44,329.75 | 0.00 |
| 000004 | INTERSTATE BILLING SERVICE | 7100-000 | NA | 4,236.52 | 4,236.52 | 0.00 |
| 000011 | ISAAC'S WRECKER SERVICE | 7100-000 | NA | 2,000.00 | 2,000.00 | 0.00 |
| 000032 | JPF SERVICES, LLC DBA WOTEL | 7100-000 | NA | 248,880.00 | 248,880.00 | 0.00 |
| 000062 | K & C HOSE AND SUPPLY | 7100-000 | NA | 37,425.12 | 37,425.12 | 0.00 |
| 000076 | K & C HOSE AND SUPPLY | 7100-000 | NA | 37,425.12 | 37,425.12 | 0.00 |
| 000066 | KERR PUMPS | 7100-000 | NA | 66,350.00 | 66,350.00 | 0.00 |
| 000025 | MASTER PUMPS & POWER | 7100-000 | NA | 36,300.82 | 36,300.82 | 0.00 |
| 000057 | MICHAEL CLAYTON POWELL | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000077 | MICHAEL CLAYTON POWELL | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 000012 | MOBILE MODULAR MANAGEMENT CORP | 7100-000 | NA | 21,536.16 | 21,536.16 | 0.00 |
| 000019 | NATIONAL OILWELL VARCO, L.P. | 7100-000 | NA | 221,673.57 | 221,673.57 | 0.00 |
| 000017 | OIL STATES ENERGY SERVICES LLC | 7100-000 | NA | 4,678.10 | 4,678.10 | 0.00 |
| 000007 | P & W IRON WORKS | 7100-000 | NA | 78,110.52 | 78,110.52 | 0.00 |
| 000008 | P & W SALES, INC. | 7100-000 | NA | 152,110.29 | 152,110.29 | 0.00 |
| 000003 | PEGUES-HURST MOTOR COMPANY | 7100-000 | NA | 3,474.91 | 3,474.91 | 0.00 |
| 000061A | POWELL FAMILY ROYALTY | 7100-000 | NA | 95,000.00 | 26,000.00 | 0.00 |
| 000075 | POWELL FAMILY ROYALTY | 7100-000 | NA | 26,000.00 | 26,000.00 | 0.00 |
| 000014 | PRECISION ADDITIVES INC | 7100-000 | NA | 3,959.30 | 3,959.30 | 0.00 |
| 000021 | PREFERRED RESIN SALES, LLC | 7100-000 | NA | 59,724.73 | 59,724.73 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | PREMIER FLEET SERVICES | 7100-000 | NA | 19,347.19 | 19,347.19 | 0.00 |
| 000024 | SIERRA FRAC SAND, LLC | 7100-000 | NA | 829,826.13 | 829,826.13 | 0.00 |
| 000001A | SPM FLOW CONTROL, INC. | 7100-000 | NA | 80,495.93 | 80,495.93 | 0.00 |
| 000015 | STROM MANUFACTURING INC. | 7100-000 | NA | 234,772.35 | 234,772.35 | 0.00 |
| 000027 | SUPREME SERVICE & SPECIALTY CO., IN | 7100-000 | NA | 58,706.14 | 58,706.14 | 0.00 |
| 000036 | UNITED ENGINES, LLC | 7100-000 | NA | 622,636.90 | 622,636.90 | 0.00 |
| 000010 | UNITED VISION LOGISTICS | 7100-000 | NA | 20,326.49 | 20,326.49 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,121.98 | $ 5,704,597.98 | $ 5,375,597.98 | $ 0.00 |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-60633 | BP1 | Judge: BILL PARKER |
| Case Name: | CIRCLE Z PRESSURE PUMPING, LLC |

For Period Ending:  09/18/19

Trustee Name:  Stephen J. Zayler
Date Filed (f) or Converted (c):  12/28/17 (c)
341(a) Meeting Date:  01/26/18
Claims Bar Date:  04/10/18

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. CHECKING AND/OR SAVINGS ACCOUNT | 24,000.00 | 24,000.00 | | 24,000.00 | FA | 0.00 | 0.00 |
| Austin Bank Acc #0259 | | | | | | | |
| 2. CHECKING AND/OR SAVINGS ACCOUNT | 1,011.48 | 1,011.48 | | 1,011.48 | FA | 0.00 | 0.00 |
| Community Bank Acc # 5055 | | | | | | | |
| 3. ACCOUNTS RECEIVABLE | 444,218.44 | 444,218.44 | | 444,218.44 | FA | 0.00 | 0.00 |
| 90 days or less | | | | | | | |
| 4. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Over 90 days (doubtful or uncollectible) | | | | | | | |
| 5. OFFICE EQUIPMENT | 23,295.00 | 23,295.00 | | 23,295.00 | FA | 0.00 | 0.00 |
| 15 Desks; LG Refrigerator; 6 Avaya Desk Phones Model #1416D02A-003 | | | | | | | |
| 6. AUTOMOBILES, TRUCKS, TRAILERS | 1,343,700.00 | 0.00 | | 335,925.00 | FA | 1,343,700.00 | 0.00 |
| Various Miscellaneous (See Attachment 3 to Schedules) | | | | | | | |
| 7. MACHINERY, FIXTURES, EQUIPMENT | 12,893,010.00 | 46,112.84 | | 3,575,129.94 | FA | 12,846,897.16 | 0.00 |
| Various Miscellaneous (See Attachment 3 to Schedules) | | | | | | | |
| 8. REAL ESTATE | 480,000.00 | 430,370.43 | | 480,000.00 | FA | 49,629.57 | 0.00 |
| Office, Shop & Service Yard Facility | | | | | | | |
| 6664 State Highway 149 South | | | | | | | |
| Tatum, TX  75691 | | | | | | | |
| 9. REAL ESTATE | 50,000.00 | 48,264.00 | | 50,000.00 | FA | 1,736.00 | 0.00 |
| Chemical Storage Facility on .851 acre in Francisco Castro Survey, A-236, Gregg County, Texas | | | | | | | |
| 10. MISC CHEMICALS | 19,971.90 | 19,971.90 | | 16,420.14 | FA | 0.00 | 0.00 |
| FR - 696 Gallons - $3,528.72 | | | | | | | |
| NE - 8 Gallons - $23.04 | | | | | | | |
| BIO - 46 Gallons - $725.88 | | | | | | | |
| BLX-A - 166 Gallons - $1,181.92 | | | | | | | |
| CS - 27 Gallons - $153.36 | | | | | | | |

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 16-60633 BP1 Judge: BILL PARKER |
| Case Name: | CIRCLE Z PRESSURE PUMPING, LLC |

| | |
|---|---|
| Trustee Name: | Stephen J. Zayler |
| Date Filed (f) or Converted (c): | 12/28/17 (c) |
| 341(a) Meeting Date: | 01/26/18 |
| Claims Bar Date: | 04/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Buffer - 108 Gallons - $208.44 | | | | | | | |
| BKR - 29 Gallons - $191.40 | | | | | | | |
| BLX-T - 68 Gallons - $406.64 | | | | | | | |
| Scale - 750 Gallons - $3,472.50 | | | | | | | |
| LGC - 1800 Gallons - $10,080.00 | | | | | | | |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. LAWSUIT (u) | Unknown | 100.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| vs. Sanches Energy; 188th Judicial District, Gregg County, TX | | | | | | | |

Gross Value of Remaining Assets

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $15,279,206.82 | $1,037,344.09 | | $4,950,000.00 | $0.00 | $14,241,962.73 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets administered and claims reviewed. EOD 4/26/19 Abandoning cause of action district court action.

TFRsubmitted to UST for review on 5/3/19.

Initial Projected Date of Final Report (TFR): 12/31/18     Current Projected Date of Final Report (TFR): 06/30/19

_____ Date: _____

Stephen J. Zayler

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 16-60633 -BP1 | | | Trustee Name: | Stephen J. Zayler | |
| Case Name: | CIRCLE Z PRESSURE PUMPING, LLC | | | Bank Name: | FIRST NATIONAL BANK OF VINITA | |
| | | | | Account Number / CD #: | *******2386  Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******4784 | | | | | |
| For Period Ending: | 09/18/19 | | | Blanket Bond (per case limit): | $   300,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/18 | * NOTE * | Boon, Calk, Echols, Coleman & Goolsby,   PLLC 1800 NW Loop 281 Ste. 300 Longview, TX  75204 | SALE OF EQUIPMENT * NOTE *  Properties 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 | | 400,000.00 | | 400,000.00 |
| | | BOON, CALK, ECHOLS, COLEMAN | Memo Amount:      4,950,000.00 SALE OF EQUIPMENT | 1129-000 | | | |
| | | GREGG COUNTY TAX ASSESSOR/COLLECTOR | Memo Amount:    (          413.46 ) Ad Valorem Taxes | 4700-000 | | | |
| | | RUSK COUNTY TAX ASSESSOR/COLLECTOR | Memo Amount:    (          254.06 ) Ad Valorem Taxes | 4700-000 | | | |
| | | RUSK COUNTY TAX ASSESSOR COLLECTOR | Memo Amount:    (       5,166.38 ) Ad Valorem Taxes | 4700-000 | | | |
| | | PANOLA COUNTY TAX ASSESSOR COLLECTO | Memo Amount:    (       3,826.05 ) Ad Valorem Taxes | 4700-000 | | | |
| | | AUSTIN BANK, N.A. | Memo Amount:    (   4,430,340.05 ) Secured Lien | 4210-000 | | | |
| | | BANCORP SOUTH BANK | Memo Amount:    (      60,000.00 ) Secured Lien | 4210-000 | | | |
| | | CHAD POWELL | Memo Amount:    (      50,000.00 ) Secured Lien | 4210-000 | | | |
| 03/23/18 | 010001 | GEORGE ADAMS AND COMPANY INS. AGY, LLC 4501 Cartwright Road Suite 402 Missouri City, TX  77459 | BOND PREMIUM | 2300-000 | | 600.00 | 399,400.00 |
| 04/06/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 150.68 | 399,249.32 |
| 05/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 410.28 | 398,839.04 |
| 06/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 423.51 | 398,415.53 |

|  | Page Subtotals | 400,000.00 | 1,584.47 |
|---|---|---|---|

Ver: 22.02b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-60633 -BP1 | Trustee Name: | Stephen J. Zayler |
| Case Name: | CIRCLE Z PRESSURE PUMPING, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******2386  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4784 | | |
| For Period Ending: | 09/18/19 | Blanket Bond (per case limit): | $  300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/09/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 409.42 | 398,006.11 |
| 07/23/18 | 010002 | STEPHEN J. ZAYLER CHAPTER 7 TRUSTEE P. O. BOX 150743 LUFKIN, TX  75901 | | 2100-000 | | 50,000.00 | 348,006.11 |
| 08/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 408.95 | 347,597.16 |
| 09/10/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 369.11 | 347,228.05 |
| 10/05/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 356.85 | 346,871.20 |
| 11/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 368.30 | 346,502.90 |
| 11/29/18 | 010003 | STEPHEN J. ZAYLER ATTORNEY AT LAW P. O. BOX 150743 LUFKIN, TX 75915-0743 | Attorney Fee (Trustee Firm) | 3110-000 | | 21,060.00 | 325,442.90 |
| 11/29/18 | 010004 | STEPHEN J. ZAYLER ATTORNEY AT LAW P. O. BOX 150743 LUFKIN, TX 75915-0743 | Attorney Expenses (Trustee Firm) | 3120-000 | | 962.30 | 324,480.60 |
| 12/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 356.07 | 324,124.53 |
| 01/08/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 345.69 | 323,778.84 |
| 02/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 343.82 | 323,435.02 |
| 02/18/19 | 010005 | SANDRA D. SORRELL, CPA 5036 CHAMPIONS DRIVE LUFKIN, TX  75901 | ACCOUNTANT FEES For preparation of Form 1120S Years ended Dec. 31, 2017 and Short Year ending Nov. 14, 18 Compensation to Accountant per order DKT 340, EOD 12/21/18 | 3310-000 | | 1,050.00 | 322,385.02 |
| 03/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 309.96 | 322,075.06 |
| 03/22/19 | 010006 | George Adams and Company Ins. Agy.. LLC 4501 Cartwright Road Suite 402 | Bond Premium Payment Per Court Order entered 3/21/19 | 2300-000 | | 600.00 | 321,475.06 |

| | | | | Page Subtotals | 0.00 | 76,940.47 | |

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | |
|---|---|
| Case No:        16-60633  -BP1 | Trustee Name:        Stephen J. Zayler |
| Case Name:   CIRCLE Z PRESSURE PUMPING, LLC | Bank Name:        FIRST NATIONAL BANK OF VINITA |
| | Account Number / CD #:   *******2386  Checking Account (Non-Interest Earn |
| Taxpayer ID No:   *******4784 | |
| For Period Ending:   09/18/19 | Blanket Bond (per case limit):   $   300,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Missouri City, TX  77459 | | | | | |
| 03/22/19 | 010007 | Sandra D. Sorrell | ACCOUNTANT FEES | 3310-000 | | 1,050.00 | 320,425.06 |
| | | 5036 Champions | Professional Fees per EOD 3/21/19 | | | | |
| | | Lufkin, TX  75901 | | | | | |
| 04/05/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 341.82 | 320,083.24 |
| 06/25/19 | 010008 | Stephen J. Zayler | Chapter 7 Compensation/Fees | 2100-000 | | 121,750.00 | 198,333.24 |
| | | P. O. Box 150743 | | | | | |
| | | Lufkin, TX  75901 | | | | | |
| 06/25/19 | 010009 | Stephen J. Zayler | Chapter 7 Expenses | 2200-000 | | 864.83 | 197,468.41 |
| | | P. O. Box 150743 | | | | | |
| | | Lufkin, TX  75901 | | | | | |
| 06/25/19 | 010010 | United State Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 181.00 | 197,287.41 |
| | | Plaza Tower | | | | | |
| | | 110 N. College Avenue | | | | | |
| | | Ninth Floor | | | | | |
| | | Tyler, TX  75702 | | | | | |
| 06/25/19 | 010011 | US Trustee | Claim 000069A, Payment 100.00000% | 2950-000 | | 10,400.00 | 186,887.41 |
| | | 110 N. College Ave | | | | | |
| | | Suite 300 | | | | | |
| | | Tyler, TX  75702 | | | | | |
| 06/25/19 | 010012 | Michael E. Gazette | Other Professional Fees (Prior Chap | | | 23,231.92 | 163,655.49 |
| | | 100 East Ferguson Street | | | | | |
| | | Suite 1000 | | | | | |
| | | Tyler, TX  75702 | | | | | |
| | | | Fees        18,300.00 | 6700-000 | | | |
| | | | Expenses     4,931.92 | 6710-000 | | | |
| 06/25/19 | 010013 | CIGNA Health & Life Ins.Co. | Claim 000029, Payment 73.49385% | 5400-000 | | 41,869.99 | 121,785.50 |
| | | 900 Cottage Grove Rd, B6LPA | | | | | |
| | | Hartford CT 06152 | | | | | |
| 06/25/19 | 010014 | Comptroller of Public Accounts | Claim 000063A, Payment 73.49387% | 5800-000 | | 15,350.04 | 106,435.46 |

Page Subtotals        0.00        215,039.60

Ver: 22.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

Case No:        16-60633  -BP1

Case Name:    CIRCLE Z PRESSURE PUMPING, LLC

Taxpayer ID No:  *******4784

For Period Ending: 09/18/19

Trustee Name:                    Stephen J. Zayler

Bank Name:                       FIRST NATIONAL BANK OF VINITA

Account Number / CD #:    *******2386  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $    300,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Office of the Attorney General Bankruptcy & Collections Division MC 008 PO Box 12548 Austin TX 78711-2548 | | | | | |
| 06/25/19 | 010015 | Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy & Collections Division MC 008 PO Box 12548 Austin TX 78711-2548 | Claim 000064, Payment 73.49383% | 5800-000 | | 4,688.12 | 101,747.34 |
| 06/25/19 | 010016 | Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy & Collections Division MC 008 PO Box 12548 Austin TX 78711-2548 | Claim 000065A, Payment 73.49385% | 5800-000 | | 98,072.65 | 3,674.69 |
| 06/25/19 | 010017 | Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy & Collections Division MC 008 PO Box 12548 Austin TX 78711-2548 | Claim 000072, Payment 73.49380% | 5800-000 | | 3,674.69 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 4,950,000.00 | COLUMN TOTALS | 400,000.00 | 400,000.00 | 0.00 |
| Memo Allocation Disbursements: | 4,550,000.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 400,000.00 | 400,000.00 | |
| Memo Allocation Net: | 400,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 400,000.00 | 400,000.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 4,950,000.00 | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 4,550,000.00 | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account (Non-Interest Earn - *******2386 | 400,000.00 | 400,000.00 | 0.00 |
| Total Memo Allocation Net: | 400,000.00 | | --------------------- | --------------------- | --------------------- |
| | | | 400,000.00 | 400,000.00 | 0.00 |

Page Subtotals                    0.00              106,435.46

Ver: 22.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-60633 -BP1 | |
| Case Name: | CIRCLE Z PRESSURE PUMPING, LLC | |

| | |
|---|---|
| Trustee Name: | Stephen J. Zayler |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******2386  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******4784 |
| For Period Ending: | 09/18/19 |

| | |
|---|---|
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*